United States District Court for
The Southern District of Texas

File Number 4:18-cv-02869

| | | |
|---|---|---|
| John Hancock Life Ins. Co., | § § § | |
| Plaintiff | § § | |
| v. | § § | Notice of Appeal |
| The Estate of Jennifer Lauren Wheatley, et al. | § § § | |
| Defendants | § | |

Defendant/Counter-Plaintiff /Cross-Claimant/Cross-Defendant Jeremy G. Ward and Intervenor-Defendant Annie R. Hall give notice they are appealing to the United States Circuit Court for the Fifth Circuit from the Memorandum and Order entered in this case November 13, 2019.

Respectfully submitted,

*/s/ Bob Mabry*

Bob Mabry Attorney at Law PLLC
704 N. Thompson St. Ste. 157
Conroe, Texas 77301-2066
Southern District of Texas Bar Number 12750980
Fax (866) 394-3113
(936) 494-1393
Bob@mabryappealslaw.com
Bob Mabry
For the Firm
Attorney for Jeremy G. Ward and Annie R. Hall