# EXHIBIT A

# Berhorst, Jennifer

| | |
|---|---|
| **From:** | Berhorst, Jennifer |
| **Sent:** | Friday, January 25, 2019 2:01 PM |
| **To:** | arturo_rivera@txs.uscourts.gov |
| **Cc:** | Doug Berry (dougberry@gbwlaw.com); rgabriel@gbwlaw.com; herbjanzen.office@yahoo.com; Clay Moore (moorelaw1@sbcglobal.net); Spaniol, Andrew |
| **Subject:** | John Hancock v. Wheatley - Case No. 4:18-cv-02869 |
| **Attachments:** | 12395020 Hancock_Wheatley - Scheduling Order-v1.DOCX; 18cv02869-Proposed Scheduling Order.pdf |

Mr. Rivera,

Pursuant to the Court's January 4, 2019 Notice Regarding Initial Conference, attached please find a joint proposed scheduling order that has been approved by all parties. In discussing the proposed dates, the parties also agreed that mediation would be appropriate for this case and we are in agreement that the mediation should be completed by August 1, 2019. The parties would like to conduct some initial discovery before the mediation occurs, but when the parties are ready, we would like to see if a magistrate judge would be willing and available to conduct a mediation.

Please let us know if you have any questions or if you need any additional information from the parties in order to issue the scheduling order.

Thank you.



JENNIFER BERHORST
Attorney
jennifer.berhorst@bclplaw.com
T: +1 816 374 3203  F: +1 816 855 3203  M: +1 816 854 0395

BRYAN CAVE LEIGHTON PAISNER LLP
One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2122

**bclplaw.com**

Bryan Cave Leighton Paisner At Work Blog