# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a John Hancock Life Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al. <br><br> Defendants. | Case No. 4:18-CV-02869 |

## ORDER DENYING THE ESTATE OF JENNIFER LAUREN WHEATLEY'S MOTION TO MODIFY SCHEDULING ORDER

CAME ON FOR CONSIDERATION in the above-styled and numbered case (the "*Litigation*") Defendants the Estate of Jennifer Lauren Wheatley and Louis Anthony Wheatley Administrator of the Estate of Jennifer Lauren Wheatley, Deceased's (collectively, the "Wheatley Estate") Motion to Modify Scheduling Order (the "Motion") (ECF 122).

The Court, having considered the *Motion*; and Plaintiff John Hancock Life Insurance Company (U.S.A.) f/k/a John Hancock Life Insurance Company ("John Hancock") response in opposition, any reply briefs, exhibits, and attachments; the record in the Litigation, other pertinent documents, and any pertinent statutory or case law, rules, regulations, or other materials, finds that the *Motion* has no merit. It is, therefore, ordered that:

Defendants the Estate of Jennifer Lauren Wheatley and Louis Anthony Wheatley Administrator of the Estate of Jennifer Lauren Wheatley, Deceased's Motion to Modify Scheduling Order be **DENIED**.

SO ORDERED this ___ day of _____ 2020.

_____
UNITED STATES DISTRICT JUDGE