# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| John Hancock Life Insurance Company | ) | |
| (U.S.A.) f/k/a Manufacturers | ) | |
| Life Insurance Company, | ) | |
| | ) | Civil Action 4:18–cv–02869 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| The Estate of Jennifer Lauren Wheatley | ) | |
| c/o Louis A. Wheatley, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF M. DOUGLAS BERRY

1.      My name is M. Douglas Berry.  I am a partner in the law firm of Gabriel Berry and Weston, LLP in Greensboro North Carolina . I am the lead attorney representing the defendant estate of Jennifer Wheatley deceased, and Louis A. Wheatley as personal representative and executor of his estate ("Wheatley estate").  By virtue of my representation of the Wheatley estate in this case, I have personal knowledge of the facts stated below.

2.      That on October 30, 2019, I sent the attached email and attached two pages to John Hancock's counsel, Ms. Berhorst.

3.      I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this14th day of April 2020.

M Douglas Berry

M. Douglas Berry

**Doug Berry**

| | |
|---|---|
| **From:** | Doug Berry |
| **Sent:** | Wednesday, October 30, 2019 12:20 PM |
| **To:** | Berhorst, Jennifer |
| **Cc:** | Clay Moore; Wiley Ariel (USATXS) |
| **Subject:** | John Hancock |
| **Attachments:** | SUMMARY OF ANNUITY PAYMENTS.thru.10.10.2019.xlsx |

Several months ago, I sent you a spread sheet showing John to be $3,601.87 in arrears as of August 1, 2019.  Attached is an updated spread sheet showing that this arrears has not been brought up to-date.   Please give me John Hancock's position on whether it intends to pay these arrears into the court.

M. Douglas Berry
Attorney-At-Law
Gabriel, Berry & Weston, LLP
214 Commerce Place
Greensboro, NC  27401
Telephone:  (336) 275-9381
Email: dougberry@gbwlaw.com

| Date due | Amt due | amt paid | date pd |
|---|---|---|---|
| 11/10/2017 | 1731.68 | | |
| 12/10/2017 | 1731.68 | | |
| 1/10/2018 | 1800.94 | | |
| 2/10/2018 | 1800.94 | | |
| 3/10/2018 | 1800.94 | | |
| 4/10/2008 | 1800.94 | | |
| 5/10/2018 | 1800.94 | 12468.06 | 5/17/2018 |
| 6/10/2018 | 1800.94 | | |
| 7/10/2018 | 1800.94 | | |
| 8/10/2019 | 1800.94 | | |
| 9/10/2018 | 1800.94 | | |
| 10/10/2018 | 1800.94 | 5402.83 | 10/31/2019 |
| 11/1/2018 | 1800.94 | 1800.94 | 11/8/2018 |
| 12/10/2018 | 1800.94 | 1800.94 | 12/10/2018 |
| 1/10/2019 | 1872.98 | 1872.98 | 1/9/2019 |
| 2/10/2019 | 1872.98 | 1872.98 | 2/11/2019 |
| 3/10/2019 | 1872.98 | 1872.98 | 3/11/2019 |
| 4/10/2019 | 1872.98 | 1872.98 | 4/9/2019 |
| 5/10/2019 | 1872.98 | 1872.98 | 5/6/2019 |
| 6/10/2019 | 1872.98 | 1872.98 | 6/7/2019 |
| 7/10/2019 | 1872.98 | 1872.98 | 7/9/2019 |
| 8/10/2019 | 1872.98 | 1872.98 | 8/13/2019 |
| 9/10/2019 | 1872.98 | 1872.98 | 9/9/2019 |
| 10/10/2019 | 1872.98 | 1872.98 | 10/9/2019 |
| 11/10/2019 | | | |
| Totals: | 43804.44 | 40202.57 | |

Arrears

3601.87

This is to certify that on this date, April 16, 2020, a copy of the foregoing Exhibit A was electronically filed utilizing the CM/ECF System which will provide notice to the following individuals:

Mr. Gregory John Sachnik
Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)
2200 Ross Avenue, Suite 3300
Dallas, Texas  75201

Ms. Jennifer L. Berhorst
Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)
1200 Main Street, Suite 3800
Kansas City, Missouri  64105

Mr. H. Clay Moore
Attorney for Defendant Jeremy G. Ward
4314 Yoakum Boulevard, Suite 2E
Houston, Texas  77006

Ms. Ariel Nicole Wiley
Attorney for U.S. Department of Justice
U.S. Attorney's Office
1000 Louisiana Street, #2300
Houston, Texas  77002

Mr. Bob Mabry
Attorney for Defendant Jeremy G. Ward and Annie Hall
704 N. Thompson St. Ste. 157
Conroe, Texas 77301-2066

This the 16th day of March, 2020.

/s/ M. Douglas Berry

**GABRIEL BERRY & WESTON, L.L.P.**
North Carolina Bar No. 6506
dougberry@gbwlaw.com
214 Commerce Place
Greensboro, North Carolina  27401
(336) 275.9381 – Telephone
(336) 275-7864 – Facsimile

*Attorneys for Defendant The Estate of*
*Jennifer Lauren Wheatley*