IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a Manufacturers Life Insurance Company, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.:   4:18-cv-02869 |
| THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al., ) ) ) ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEFS AND RELEVANT EXHIBITS**

Defendant, The Estate of Jennifer Lauren Wheatley, Deceased, respectfully moves the Court for an extension of time, up to and including June 24, 2020, in which to submit briefs and relevant exhibits. In support of its motion, Defendant states as follows:

1.   The Estate of Jennifer Lauren Wheatley, Deceased, seeks an extension of two (2) days, up to and including Wednesday, June 24, 2020, in which to file Briefs and Exhibits.

2.   Counsel for Defendant has discussed the requested extension with the counsel for Defendant Ward and John Hancock Life Insurance Company (U.S.A.) f/k/a Manufacturers Life Insurance Company, both of whom consent to the requested extension.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion and enter an Order extending the time in which to file its Briefs and Exhibits up to and including Wednesday, June 24, 2020.

Dated: June 22, 2020  RESPECTFULLY SUBMITTED,


 /s/ M. Douglas Berry


**GABRIEL BERRY & WESTON, L.L.P.**
North Carolina Bar No. 6506
dougberry@gbwlaw.com
214 Commerce Place
Greensboro, North Carolina   27401
(336) 275.9381 – Telephone
(336) 275-7864 – Facsimile


**GABRIEL BERRY & WESTON, L.L.P.**
Richard W. Gabriel
North Carolina Bar No. 6623
rgabriel@gbwlaw.com
214 Commerce Place
Greensboro, North Carolina   27401
(336) 275.9381 – Telephone
(336) 275-7864 – Facsimile


**HERBERT A. JANZEN, P.C.**
Herbert A. Janzen
Fed. Id.:   11620
Texas Bar No. 10572700
herbjanzen.office@yahoo.com
4300 Yoakum Boulevard
Houston, Texas   77006
(713) 683.1599 – Telephone
(713) 683.1588 – Facsimile


*Attorneys for Defendant The Estate of Jennifer Lauren Wheatley*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of June 2020, the foregoing was served upon all counsel of record through CM/ECF.

    /s/ M. Douglas Berry
GABRIEL BERRY & WESTON, L.L.P.
Attorney for Defendant
214 Commerce Place
Greensboro, North Carolina   27401
Telephone:   (336) 275-9381
Facsimile:   (336) 275-7864
N.C. State Bar No. 6506

Mr. Gregory John Sachnik
Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201

Ms. Jennifer L. Berhorst
Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)
1200 Main Street, Suite 3800
Kansas City, Missouri 64105

Mr. H. Clay Moore
Attorney for Defendant Jeremy G. Ward
1601 Westheimer Road, Suite 230
Houston, Texas 77006

Ms. Ariel Nicole Wiley
Attorney for U.S. Department of Justice
U.S. Attorney's Office
1000 Louisiana Street, #2300
Houston, Texas 77002

Mr. Bob Mabry
Attorney for Defendant Jeremy G. Ward and Annie Hall
704 N. Thompson St. Ste. 157
Conroe, Texas 77301-2066