IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a Manufacturers Life Insurance Company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.:   4:18-cv-02869 |
| | ) |
| THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEFS AND RELEVANT EXHIBITS TO JUNE 24, 2020**

CAME ON FOR CONSIDERATION in the above-styled and numbered case Defendant, The Estate of Jennifer Lauren Wheatley's and Louis Anthony Wheatley Administrator of the Estate of Jennifer Lauren Wheatley, Deceased, and the parties shall have until June 24, 2020 to submit briefs and relevant exhibits. Having considered the Motion and any responses thereto, the Court finds that the Motion has merit and, therefore, the Motion is GRANTED in its entirety. It is therefore,

ORDERED that parties may have an extension of time to submit briefs and relevant exhibits.

_____
Hon. Keith P. Ellison
U.S. District Judge