IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a Manufacturers Life Insurance Company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Case No.: 4:18-cv-02869<br>) |
| THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al. | )<br>)<br>) |
| Defendants, | )<br>)<br>)<br>) |
| LOUIS ANTHONY WHEATLEY, INDIVIDUALLY and as ADMINISTRATOR OF THE ESTATE OF JENNIFER LAUREN WHEATLEY, DECEASED, | )<br>)<br>)<br>)<br>) |
| Third Party Defendants. | ) |

**ORDER GRANTING THE DEFENDANT, THE ESTATE OF JENNIFER LAUREN WHEATLEY'S MOTION TO REVISE ORDER (Entered by Minute Entry May 28, 2020)**

THIS CAUSE COMING ON TO BE HEARD pursuant to the Defendant, The Estate of Jennifer Lauren Wheatley's (the "Defendant Estate") Motion to Revise Order, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, entered by minute entry May 28, 2020, dismissing the Fourth Counterclaim of the Defendant Wheatley Estate and for good cause shown, it is therefore

ORDERED that the Order entered on by minute entry on May 28, 2020 is hereby revised to allow the Wheatley Estates amendment adding the Wheatley Estate's 4th Counterclaim for

violations of Tex. Ins. Code section 542-058, et seq. with said May 28, 2020 order dismissing only the Wheatley Estate's remaining counterclaim for negligence;

    SO ORDERED this _____ day of _____, 2020.

                                                 _____
                                                   UNITED STATES DISTRICT COURT