**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JOHN HANCOCK LIFE INSURANCE** | ) | |
| **COMPANY (U.S.A.) f/k/a John Hancock** | ) | |
| **Life Insurance Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:18-CV-02869** |
| | ) | |
| **THE ESTATE OF JENNIFER LAUREN** | ) | |
| **WHEATLEY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TABLE OF CONTENTS TO APPENDIX TO
PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S BRIEF IN SUPPORT
OF ITS CLAIM FOR ATTORNEYS' FEES**

*State Farm Life Insurance Company v. Bryant*
No. 3:18-CV-1628-L, 2019 WL 7938266 (N.D. Tex. May 16, 2019) .................................**A-1 – A-22**

Respectfully submitted this 6th day of July, 2020.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Gregory J. Sachnik*
Gregory J. Sachnik
Texas Bar No. 17503800
S.D. Texas No. 9757
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
(214) 721.8000 – Telephone
(214) 721.8100 – Fax
E-Mail: Gregory.sachnik@bclplaw.com

*Admitted Pro Hac Vice:*

W. Perry Brandt
Missouri Bar No. 28292
Jennifer L. Berhorst
Missouri Bar No. 61784
1200 Main Street, Suite 3800
Kansas City, MO  64105-2100
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
perry.brandt@bclplaw.com
jennifer.berhorst@bclplaw.com

*Attorneys for Plaintiff John Hancock Life*
*Insurance Company (U.S.A.)*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JOHN HANCOCK LIFE INSURANCE** | ) | |
| **COMPANY (U.S.A.) f/k/a John Hancock** | ) | |
| **Life Insurance Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:18-CV-02869** |
| | ) | |
| **THE ESTATE OF JENNIFER LAUREN** | ) | |
| **WHEATLEY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **TABLE OF CONTENTS TO APPENDIX TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S BRIEF IN SUPPORT OF ITS CLAIM FOR ATTORNEYS' FEES** via the Court's CM/ECF filing system which automatically sends a copy of same to counsel of record, as follows:

H. Clay Moore
4314 Yoakum Blvd., Suite 2E
Houston, TX 77006
moorelaw1@sbcglobal.net
*Attorney for Defendant Jeremy G. Ward*

M. Douglas Berry
Gabriel Berry & Weston L.L.P.
214 Commerce Place
Greensboro, NC 27401
dougberry@gblaw.com

Herbert A. Janzen
4301 Yoakum Boulevard
Houston, Texas 77006
herbjanzen.office@yahoo.com
*Attorneys for Defendant the Estate of Jennifer Lauren Wheatley*

1

Ariel N. Wiley
U.S. Attorney's Office
1000 Louisiana, Suite 2300
Houston, TX 77002
Ariel.wiley@usdoj.gov
*Attorneys for Defendant USDOJ*

Respectfully submitted this 6th day of July, 2020.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Gregory J. Sachnik*
     Gregory J. Sachnik
     Texas Bar No. 17503800
     S.D. Texas No. 9757
     2200 Ross Avenue, Suite 3300
     Dallas, Texas 75201
     (214) 721.8000 – Telephone
     (214) 721.8100 – Fax
     E-Mail: Gregory.sachnik@bclplaw.com

     *Admitted Pro Hac Vice:*

     W. Perry Brandt
     Missouri Bar No. 28292
     Jennifer L. Berhorst
     Missouri Bar No. 61784
     1200 Main Street, Suite 3800
     Kansas City, MO  64105-2100
     Telephone: (816) 374-3200
     Facsimile: (816) 374-3300
     perry.brandt@bclplaw.com
     jennifer.berhorst@bclplaw.com

     *Attorneys for Plaintiff John Hancock Life Insurance Company (U.S.A.)*