IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a John Hancock Life Insurance Company | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No. 4:18-CV-02869 |
| THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al. | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER DENYING THE ESTATE OF JENNIFER LAUREN WHEATLEY'S CLAIM FOR ATTORNEY'S FEES AGAINST JOHN HANCOCK

CAME ON FOR CONSIDERATION in the above-styled and numbered case (the "*Litigation*") Plaintiff John Hancock Life Insurance Company (U.S.A.) f/k/a John Hancock Life Insurance Company's ("John Hancock") Response in Opposition to Defendant's Brief in Support of its Claim for Attorneys' Fees (the "Brief") filed by Defendant, The Estate of Jennifer Lauren Wheatley's (the "Wheatley Estate").

The Court, having considered the Brief; any response or reply briefs, exhibits, and attachments; the record in the Litigation, other pertinent documents, and any pertinent statutory or caselaw, rules, regulations, or other materials, finds that the Claim does not have merit. It is, therefore, ordered that

    I.  Defendant's Claim for Attorneys' Fees is DENIED in its entirety.

SO ORDERED this ___ day of _____ 2020.

_____<br>
UNITED STATES DISTRICT JUDGE