# EXHIBIT A

John Hancock Life Insurance Company (U.S.A.)
30 Dan Road, Suite 55446 Canton, MA 02021-2809
Mailing Address: PO Box 55446, Boston, MA 02205-5446
www.jhgroupannuities.com

Telephone: (800) 624-5155
Fax:           (617) 572-0355

*John Hancock*

April 10, 2018

Louis A Wheatley
915 Summer Wind Place
Roswell, GA 30075

RE:    Deceased:  Jennifer Wheatley
       Structured Settlement Contract: ▓▓▓▓
       Customer Number: ▓▓▓▓▓▓

Dear Ms. Wheatley:

This letter is regarding the above referenced Structured Settlement Annuity. The beneficiary was designated by the annuitant. We cannot provide any further information regarding this policy since the Estate is not due any benefit.

Due to prevalence of legislation protecting the privacy of individuals, the company maintains a policy of not providing contract information unless we receive authorization from the owner of the information, the individual about whom the information relates, or a party to whom the owner has legally empowered to act on the deceased's behalf. Since an authorization from the deceased is not on file, we cannot provide the information you requested.

If you have any questions, please call us at (800) 624-5155. Our Client Service Representatives are available weekdays from 9:00 a.m. to 5:00 p.m. EST. You can also visit us on the web at www.jhgroupannuities.com.

Sincerely,

John Hancock Annuities

Insurance products are issued by John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; Registered insurance products are securities and are offered through **John Hancock Distributors LLC**, 197 Clarendon Street, Boston, MA 02116.

John Hancock 000118