# EXHIBIT B



# GABRIEL BERRY WESTON, L.L.P.
*ATTORNEYS AT LAW*
*214 COMMERCE PLACE*
*GREENSBORO, NORTH CAROLINA 27401-2427*

www.gabrielberrywestonlaw.com

Richard W. Gabriel
M. Douglas Berry

Of Counsel:
Jerry S. Weston

Telephone: (336)275-9381
Fax: (336)275-7864
Writer's email:
connie@gbwlaw.com
rgabriel@gbwlaw.com

July 11, 2018

VIA FACSIMILE NO. (617) 572-0355

John Hancock Life Insurance Company
P.O. Box 55446
Boston, MA  02205-5446

Telephone No. (800) 624-5155

Reference:    Jennifer Wheatley, Deceased
              Structured Settlement contract ▮▮▮▮
              Customer Number: ▮▮▮▮▮▮▮▮
              Probate file:   17 E 3205 Guilford County, N.C.

Dear Sir:

   I represent the Estate of Jennifer Wheatley and Louis Wheatley, Administrator of the estate of Jennifer Lauren Wheatley. Enclosed please find a copy of Letters Testamentary issued by the Clerk of Court, and a death certificate for the deceased.

   Ms. Wheatley was divorced from her husband, Jeremy Ward. I enclose a copy of the Decree of Divorce from the Court of Common Please, Division of Domestic Relations, Hamilton County, Ohio. As a part of that divorce, Jeremy Ward was not to take any property that belonged to the deceased. See the copy of the judgement of divorce included with this letter.

   We require the name of the beneficiary to this particular annuity, so that we may take such action as may be necessary to discover assets that properly belong to the probate estate. We would appreciate your assistance in providing this information.

   Please contact me directly for any additional information that you may require.

JUL/11/2018/WED 12:15 PM    GabrielBerry&Weston         FAX No. 3362757864                P. 002

With regards, I am

                        Very truly yours,

                        GABRIEL BERRY & WESTON, L.L.P.

                        Richard W. Gabriel

RWG/cs
cc: Louis Wheatley, Administrator

PAGE 2/9 * RCVD AT 7/11/2018 12:13:49 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/3 * DNIS:2835645 * CSID:3362757864 * ANI:13362757864 * DURATION (mm-ss):03-16

John Hancock 000145

JUL/11/2018/WED 12:15 PM   GabrielBerry&Weston   FAX No. 3362757864   P. 003

COSTS PAID
TRACY WINKLER
CLERK OF THE COURT OF COMMON PLEAS
JUN 26 2012
DEPUTY CLERK
CINCINNATI, OHIO

ICC

COURT OF COMMON PLEAS
ENTER
HON. JON H. SIEVE
THE CLERK SHALL SERVE NOTICE TO PARTIES PURSUANT TO CIVIL RULE 58 WHICH SHALL BE TAXED AS COSTS HEREIN.

Court of Common Pleas

Division of Domestic Relations

Hamilton County, Ohio

Jennifer L. Ward                    : Case No. DR1200502

Plaintiff                           : File No.

                                    : CSEA#

Vs.                                 DECREE of Divorce

Jeremy G. Ward

   Defendant

This cause came to be heard on June 26, 2012 on the Complaint of Jennifer L. Ward. The court finds that there has been service of summons as provided by law, which Jennifer L. Ward appeared and Jeremy G. Ward didn't personally appear at the hearing, that Jennifer L. Ward wasn't represented by counsel and Defendant was not represented and didn't waive his/her right to counsel.

The Court finds that Plaintiff has been a resident of the State of Ohio for at least six months and Hamilton County for at least ninety days immediately prior to the filing of the complaint and the Court has full and complete jurisdiction to determine the case.

The parties were married in Macon, Georgia on December 14, 2007, and there were no children born issue of their marriage.

The court finds that the parties are incompatible, and that the Plaintiff, Jennifer L. Ward is entitled to a divorce as prayed for in the Complaint.

It is therefore ordered, Adjudged and decreed by the Court that a Decree of Divorce is hereby granted to the Plaintiff, and the marriage relationship existing between the parties is hereby terminated and both parties are hereby released and discharged from all obligations thereon.

PAGE 3/9 * RCVD AT 7/11/2018 12:13:49 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/3 * DNIS:2835645 * CSID:3362757864 * ANI:13362757864 * DURATION (mm-ss):03-16

John Hancock 000146

JUL/11/2018/WED 12:15 PM    GabrielBerry&Weston         FAX No. 3362757864                 P. 004

The period December 14, 2007 to August 2, 2010 constitutes the period "during the marriage".

Each party shall retain any property acquired after the date of separation.

Each party shall be responsible for the marital debt.

Wife shall pay any remaining court costs.

No spousal support either temporary or permanent is awarded and this Court does not retain jurisdiction over the issue.

Jennifer L. Ward shall be restored to her maiden name of Jennifer Lauren Wheatley.

Both parties shall pay court costs.

*Jennifer Lauren Ward*
Plaintiff                                                        Judge

Attorney                                                         Defendant


                                                                 Attorney

PAGE 4/9 * RCVD AT 7/11/2018 12:13:49 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/3 * DNIS:2835645 * CSID:3362757864 * ANI:13362757864 * DURATION (mm-ss):03-16

John Hancock 000147

COURT OF COMMON PLEAS
DIVISION OF DOMESTIC RELATIONS
HAMILTON COUNTY, OHIO

**Jennifer Lauren Ward**
SS#: xxx-xx-1831
DOB: 01/10/1985
    Plaintiff

Case No: DR1200502
File No: E258664

ENTERED
MAY 18 2012

-vs-

**Jeremy Gwancarlo Ward**

DOB: 11/27/1977
    Defendant

MAGISTRATE'S DECISION
WITH FINDINGS OF FACT
AND CONCLUSIONS OF LAW
Judge Jon H Sieve
Magistrate Newberry

A hearing for the determination of all issues except the merits in the above case was held on May 16, 2012. Magistrate J. Stuart Newberry, Domestic Relations Division of the Common Pleas Court, heard this matter in accordance with an Order of Reference of record and Rule 53 of the Ohio Rules of Civil Procedure. Present at the hearing was Plaintiff, who appeared pro se. Defendant was served by certified mail with process, and ordinary mail with notice of today's hearing. Based on the evidence presented, the arguments of counsel, and the applicable law, the following is issued:

### FINDINGS OF FACT

#### Status and Posture of Parties

The parties were married on December 14, 2007 and separated on August 2, 2010, which is deemed to be the duration of the marriage for purposes of the division of property. There were no children born issue of the marriage. Plaintiff is not pregnant at this time.

#### 1. REAL ESTATE:

The parties have no real estate.

#### 2. HOUSEHOLD GOODS:

The parties have divided their household goods.

#### 3. AUTOMOBILES:

The parties have no marital automobiles.

#### 4. FUNDS ON DEPOSIT:

The parties have no marital funds on deposit.

John Hancock 000148

### 5. STOCKS AND BONDS:

The parties have no stocks and no bonds.

### 6. RETIREMENT PLANS:

The parties have no retirement plans or pension plans.

### 7. TAX REFUNDS:

The parties are due no joint tax refunds.

### 8. LIFE INSURANCE:

The parties have no life insurance policies.

### 9. EXPECTANCIES AND INHERITANCES:

The parties have no expectancies and no inheritances.

### 10. LIABILITIES:

The parties have the following marital debts:

| | |
|---|---|
| Verizon | $1932.60 |
| BB&T | $6766.00 |
| Advance till payday | $ 396.00 |
| Alliance One Inc | $ 168.00 |
| BOA | $1971.00 |
| Chase | $1862.00 |
| Kohls | $ 446.00 |
| Midland Credit | $2156.00 |

### 11. ATTORNEY FEES:

Neither party submitted evidence regarding the issue of attorney fees.

### 12. OTHER ISSUES:

No other issues were raised at the hearing.

### CONCLUSIONS OF LAW

In considering the property division issues, O.R.C. §3105.171 is pertinent. The law to be applied regarding spousal support is contained in O.R.C. §3105.18. The starting point for division of property is an equal division. <u>Cherry v. Cherry</u> (1981), 66 O.S. 2d, 348 421 N.E. 2d 1293.

John Hancock 000149

## DECISION

1. The period December 14, 2007 to August 2, 2010 constitutes the period "during the marriage".
2. Each party shall retain any property acquired after the date of separation.
3. Each party shall be responsible for the marital debt.
4. Wife shall pay any remaining court costs.
5. ~~No spousal support either temporary or permanent is awarded and this Court does not retain jurisdiction over the issue.~~

This decision resolves all remaining issues in this case. Plaintiff shall prepare the Decree of Divorce and shall obtain a merits hearing setting within 30 days of this decision unless objections are timely filed.

Copies of this Decision have been mailed to the parties or their counsel. Objections to this Magistrate's Decision must be filed within fourteen (14) days of the filing date of the Magistrate's Decision with a copy served on the opposing side.

_____     _____
Magistrate J Stuart Newberry           05/16/2012

Copies sent by Clerk of Courts to:
Jennifer Lauren Ward, Pro Se  195 E Mc Millian St  Cincinnati, OH. 45219
Jeremy Gwancarlo Ward, Pro Se  7906 Twining Oaks Ln  Spring, Tx. 77379

### Entry Adopting Magistrate's Decision

Pursuant of Ohio Civil Rule 53, the Court hereby adopts the Magistrate's Decision. However, pursuant to that rule, the timely filing and serving of objections to the Magistrate's Decision, or the timely filing and serving of any civil post-judgment motions pursuant to Appellate Rule 4, shall operate as an automatic stay of execution of the judgment until the Court disposes of such objections or motions by vacating, modifying, or affirming same. **A PARTY SHALL NOT ASSIGN AS ERROR ON APPEAL THE COURT'S ADOPTION OF ANY FINDING OF FACT OR CONCLUSION OF LAW UNLESS THE PARTY TIMELY AND SPECIFICALLY OBJECTS TO THAT FINDING OR CONCLUSION AS REQUIRED BY OHIO CIVIL RULE 53(D)(3)(b).**

_____
Judge, Court of Common Pleas
Division of Domestic Relations

PAGE 7/9 * RCVD AT 7/11/2018 12:13:49 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/3 * DNIS:2835645 * CSID:3362757864 * ANI:13362757864 * DURATION (mm-ss):03-16

John Hancock 000150

JUL/11/2018/WED 12:16 PM    GabrielBerry&Weston    FAX No. 3362757864    P. 008

| | |
|---|---|
| **STATE OF NORTH CAROLINA** | File No. 17 E 3205 |
| GUILFORD County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |
| **IN THE MATTER OF THE ESTATE OF:**<br>Name<br>JENNIFER LAUREN WHEATLEY, DECEASED | **LETTERS**<br>OF ADMINISTRATION<br>G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| | |
|---|---|
| Name And Address Of Fiduciary 1<br>LOUIS ANTHONY WHEATLEY<br>915 SUMMER WIND PLACE<br>ROSWELL, GA 30075-7153 | Date Of Qualification<br>12/22/2017 |
| | Clerk Of Superior Court<br>LISA JOHNSON-TONKINS |
| Title Of Fiduciary 1<br>ADMINISTRATOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date Of Issuance<br>12/22/2017 |
| | Signature<br>☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court |
| Title Of Fiduciary 2 | |

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts

PAGE 8/9 * RCVD AT 7/11/2018 12:13:49 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/3 * DNIS:2835645 * CSID:3362757864 * ANI:13362757864 * DURATION (mm-ss):03-16

John Hancock 000151

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

### JEFF L. THIGPEN
### GUILFORD COUNTY REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 041-95  LOCAL NO. _____  COUNTY OF DEATH: Guilford  STATE FILE NO. D 304 1258

2017915134

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: JENNIFER
- 1b. MIDDLE: LAUREN
- 1c. LAST: WHEATLEY
- 1d. SUFFIX: —
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: —

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 32
- 4. DATE OF BIRTH: unk
- 5. BIRTHPLACE: Sacramento Co., CA
- 6. DATE OF DEATH: October 18, 2017

**PLACE OF DEATH**
- 7a. IF DEATH OCCURRED IN A HOSPITAL: ER/Outpatient
- 7c. FACILITY NAME: Moses Cone Hospital
- 7d. CITY OR TOWN: Greensboro
- 7e. COUNTY OF DEATH: Guilford

- 8. MARITAL STATUS: Never married
- 9. SURVIVING SPOUSE: —
- 10a. DECEDENT'S USUAL OCCUPATION: Social Worker
- 10b. KIND OF BUSINESS/INDUSTRY: Social Services

- 11. SOCIAL SECURITY NUMBER: —
- 12a. RESIDENCE-STATE: North Carolina
- 12b. COUNTY: Guilford
- 12c. CITY OR TOWN: Greensboro
- 12d. STREET AND NUMBER: 5412 Friendly Manor Drive, Apt. H
- 12e. INSIDE CITY LIMITS: Yes
- 12f. ZIP CODE: 27410
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

- 14. DECEDENT'S EDUCATION: Bachelor's degree (e.g., BA, AB, BS)
- 15. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: Black or African American

- 17. FATHER'S NAME: Louis Anthony Wheatley
- 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Pamela Waller

- 19a. INFORMANT'S NAME: Pamela Wheatley
- 19b. RELATIONSHIP TO DECEDENT: Mother
- 19c. MAILING ADDRESS: 915 Summer Wind Place, Roswell, Georgia 30075

- 20a. METHOD OF DISPOSITION: Burial; Removal from State
- 20b. PLACE OF DISPOSITION: Greenlawn Cemetery
- 20c. LOCATION: Roswell, Georgia

- 21a. SIGNATURE OF FUNERAL DIRECTOR: [signature]
- 21b. LICENSE NUMBER: FS 2889 NC
- 21c. NAME OF EMBALMER: William Lum-Sandlin
- 21d. LICENSE NUMBER: FS 2887 NC

- 22. NAME AND ADDRESS OF FUNERAL HOME: McCall Funeral Home, 3800 Reading Road, Cincinnati, Ohio 45229

**MEDICAL CERTIFICATION**

23. PART I.
- a. IMMEDIATE CAUSE: Coronary Artery Disease — Approximate interval Onset to death: unknown
- b. — diagnosed 9/17
- c. —
- d. —

PART II. Other significant conditions contributing to death: Hypothyroidism

- 24a. WAS AN AUTOPSY PERFORMED?: No
- 24b. WERE AUTOPSY FINDINGS AVAILABLE: No

- 25. MANNER OF DEATH: Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: Yes
- 26b. Declined by Medical Examiner
- 27. TIME OF DEATH: 9:45 am
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: No
- 29. IF FEMALE: Not pregnant within past year

- 32. CERTIFIER: Certifying physician/nurse practitioner/physician assistant
- 33a. SIGNATURE AND TITLE OF CERTIFIER: [signature] Carol Webb
- 33b. LICENSE NUMBER: 2014-00181
- 33c. DATE SIGNED: 11-7-17
- 33d. NAME AND ADDRESS OF CERTIFIER: Carol Webb, MD 3800 Robert Porcher Way Greensboro NC 27410
- 34. FOR LOCAL REGISTRAR: Merle C. Brehm
- 35. DATE FILED: 11.8.2017

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, GUILFORD COUNTY, N.C. IN BOOK 304 PAGE 1258. WITNESS MY HAND AND SEAL THIS 9th OF NOVEMBER, 2017.

JEFF L. THIGPEN, REGISTER OF DEEDS

BY: [signature]
ASSISTANT/DEPUTY REGISTER OF DEEDS

John Hancock 000152