# EXHIBIT C

08/8/2018    02:40 PM PDT     TO:16175720355   FROM:2143820952          Page:   1

# - Fax Transmission

| | | | |
|---|---|---|---|
| **To:** | Claims- Structured Settlelemts | **From:** | Mark Sanders |
| **Fax:** | 16175720355 | **Date:** | 8/8/2018 |
| **RE:** | Wheatlery/Ward | **Pages:** | 4 |

**Comments:**

Please see the attached correspondence and authorization

PAGE 1/4 * RCVD AT 8/8/2018 5:40:39 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/0 * DNIS:2835645 * CSID:NextivaFax * ANI:2143820952 * DURATION (mm-ss):01-39

John Hancock 000156

## MARK A. SANDERS, P.C.

### ATTORNEYS AT LAW

11511 Katy Freeway, Suite 600A
Houston, Texas 77079
Telephone: 281-531-0902      Facsimile: 281-531-0908
E-mail: mark@msanderslaw.com

August 8, 2018

***Via facsimile 617.572.0355***

John Hancock Life Insurance Co.
Claims-Structured Settlements
P. O. Box 55979
Boston, MA 02205-5979

      Re:    Structured Settlement Contract No. ███████
             Owner- Jennifer Wheatley

Dear Ladies and Gentlemen:

      I represent Jeremy G. Ward, the named beneficiary under the referenced structured settlement annuity contract. As your records no doubt show, Jennifer Wheatley is deceased. Accompanying this letter is Mr. Ward's executed authorization to discuss this matter with me.

      My client began receiving his monthly annuity payments, which payments have ceased-ostensibly as a result of a hold placed on the account. According to my client, an attorney for the decedent's father, Mr. Louis Wheatley of Roswell, Georgia, contacted John Hancock, and for a reason unknown to us the resulting hold was placed on the account.

      In that Mr. Ward is the duly named beneficiary, we are not aware of any legitimate reason or legal basis for the cessation of the annuity payments other than some nefarious act committed to deprive my client of his entitlement to such payments.

      In view of the foregoing, I would like for you to provide me with any documentation and correspondence that prompted the decision to place a hold on the payments. I also request that I speak with a person in your company who is  knowledgeable about the facts attendant to this situation.

      Please provide the requested documents promptly. Please contact me to discuss the foregoing. I look forward to working with you to resolve this claim.

              Very truly yours,

              MARK A SANDERS, P.C.

      By:    Mark A. Sanders

John Hancock 000157

08/8/2018    02:40 PM PDT        TO:16175720355   FROM:2143820952              Page:   3

With a copy to:

Mr. Jeremy G. Ward

MAS/stas

John Hancock 000158

### Authorization to Release Information

To:    John Hancock Life Insurance Co.

Re:    Structured Settlement Contract No. ███████
        Annuity ████ Certificate No.██████
        Jennifer Wheatley

    I am represented by the law office of Mark A. Sanders, P.C. and attorney Mark A. Sanders concerning the structured settlement/ annuity contract regarding Jennifer Wheatley. I hereby authorize you to release any and all information to and discuss with, all aspects concerning my the foregoing structured settlement or annuit contract the law office of Mark A. Sanders, P.C. and attorney Mark A. Sanders at their request. I also authorize you to discuss our case with the law office of Mark A. Sanders, P.C. and attorney Mark A. Sanders.

    My facsimile or electronic signature is as binding and enforceable as the original thereof.

    Thank you for your cooperation.

Dated August 6, 2018.

                Very truly yours,

                Jeremy G. Ward
                SS# ███████
                14806 Cypress Timber Dr.
                Cypress, Texas 77429

PAGE 4/4 * RCVD AT 8/8/2018 5:40:39 PM [Eastern Daylight Time] * SVR:WNPFXESSAWDOT06/0 * DNIS:2835645 * CSID:NextivaFax * ANI:2143820952 * DURATION (mm-ss):01-39

John Hancock 000159