## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a John Hancock Life Insurance Company <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 4:18-CV-02869 |

## ORDER

CAME ON FOR CONSIDERATION in the above-styled and numbered case (the "*Litigation*") Defendant's the Estate of Jennifer Lauren Wheatley ("Wheatley Estate") Motion to Revise Order Entered on 5/28/2020 (the "Motion") (ECF 147).

The Court, having considered the Motion; and Plaintiff John Hancock Life Insurance Company (U.S.A.) f/k/a John Hancock Life Insurance Company ("John Hancock") response in opposition, any reply briefs, exhibits, and attachments; the record in the Litigation, other pertinent documents, and any pertinent statutory or case law, rules, regulations, or other materials, finds that the Motion has no merit. It is, therefore, ordered that:

Defendant's the Estate of Jennifer Lauren Wheatley Motion to Revise Order Entered on 5/28/2020 be **DENIED**.

IT IS SO ORDERED.

                                                                                                                                       _____
                                                                                                                                       JUDGE
                                                                                                                                       UNITED STATES DISTRICT COURT