UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| John Hancock Life Insurance Company (U.S.A.) f/k/a Manufacturers Life Insurance Company,   )<br>)<br>)<br>)<br>Plaintiff,   )<br>v.   )<br>)<br>The Estate of Jennifer Lauren Wheatley,   )<br>Louis A. Wheatley, et al.   )<br>)<br>Defendants. | Civil Action<br>4:18−cv−02869 |

**Wheatley estate's unopposed motion for leave of court to submit the attached supplemental affidavit in support of the defendant estate's motion for attorney's fees.**

Now come the estate of Jennifer Wheatley deceased (hereinafter the Wheatley estate), and moves this court for leave of court to file the attached affidavit in support of the Wheatley estate's pending claim for attorney's fees.

This the 14th day of July, 2020.

/s/M. Douglas Berry
Gabriel, Berry & Weston LLP
North Carolina Bar No. 6506
dougberry@gbwlaw.com
214 Commerce Place
Greensboro, North Carolina  27401
(336) 275.9381 – Telephone
(336) 275-7864 – Facsimile


**GABRIEL BERRY & WESTON, L.L.P.**
Richard W. Gabriel
North Carolina Bar No. 6623

rgabriel@gbwlaw.com
214 Commerce Place
Greensboro, North Carolina  27401
(336) 275.9381 – Telephone
(336) 275-7864 – Facsimile


**HERBERT A. JANZEN, P.C.**
Herbert A. Janzen
Fed. Id.:  11620
Texas Bar No. 10572700
herbjanzen.office@yahoo.com
4300 Yoakum Boulevard
Houston, Texas  77006
(713) 683.1599 – Telephone
(713) 683.1588 – Facsimile


*Attorneys for Defendant The Estate of Jennifer Lauren Wheatley*


### CERTIFICATE OF CONFERENCE

This is to certify that pursuant to local rule 7.1, the undersigned has consulted with opposing counsel Ms. Berhorst regarding this motion and that Ms. Berhorst indicated that John Hancock does not oppose it.



### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13 day of July,  2020, the foregoing was served upon all counsel of record through CM/ECF.


/s/ M. Douglas Berry
GABRIEL BERRY & WESTON, L.L.P.
Attorney for Defendant
214 Commerce Place
Greensboro, North Carolina  27401
Telephone:  (336) 275-9381
Facsimile:  (336) 275-7864

                                                  N.C. State Bar No. 6506

Mr. Gregory John Sachnik
Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201

Ms. Jennifer L. Berhorst
Attorney for Plaintiff John Hancock Life Insurance Company (U.S.A.)
1200 Main Street, Suite 3800
Kansas City, Missouri 64105

Mr. H. Clay Moore
Attorney for Defendant Jeremy G. Ward
1601 Westheimer Road, Suite 230
Houston, Texas 77006

Ms. Ariel Nicole Wiley
Attorney for U.S. Department of Justice
U.S. Attorney's Office
1000 Louisiana Street, #2300
Houston, Texas 77002

Mr. Bob Mabry
Attorney for Defendant Jeremy G. Ward and Annie Hall
704 N. Thompson St. Ste. 157
Conroe, Texas 77301-2066