IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) f/k/a John Hancock Life Insurance Company )<br><br>Plaintiff, )<br><br>v. )<br><br>THE ESTATE OF JENNIFER LAUREN WHEATLEY, et al. )<br><br>Defendants. ) | Case No. 4:18-CV-02869 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF AND DECLARATION IN SUPPORT OF ITS MOTION FOR AWARD OF ATTORNEYS' FEES (ECF 77)

Plaintiff John Hancock Life Insurance Company, USA, f/k/a Manufacturers Life Insurance Company ("John Hancock") moves this court for leave to file a supplemental brief and declaration in support of its Motion for Award of Attorneys' Fees (ECF 77, 97) to supplement the record on Plaintiffs' attorneys' fees expended since the Motion was originally filed. For the reasons set forth below, Plaintiff asks the court to sustain its motion:

1. John Hancock filed its original Motion for Award of Attorneys' Fees and Expenses on September 18, 2019 (ECF 77) and Reply in Support on October 23, 2019 (ECF 97).

2. Since that time, John Hancock has expended significant additional attorneys' fees defending against Defendant the Estate of Jennifer Lauren Wheatley's ("the Wheatley Estate") largely baseless counterclaims, along with issues raised by Defendant Jeremy Ward ("Ward").

3. John Hancock also seeks to provide the Court with additional authority in support of an award of attorneys' fees in addition to those fees expended in preparing and filing the interpleader claim.

4.       A true an accurate copy of the supplemental brief and affidavit are attached hereto as Exhibit 1.

5.       Counsel for John Hancock has consulted with counsel for the Wheatley Estate and the Wheatley Estate does not oppose this Motion for Leave but does oppose the underlying relief sought by the supplemental brief and affidavit.

WHEREFORE, John Hancock respectfully requests this Court grant its motion for leave and for such other and further relief as the Court deems just and proper.

Dated: July 14, 2020                              Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ Jennifer L. Berhorst*
Gregory J. Sachnik
Texas Bar No. 17503800
S.D. Texas No. 9757
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
(214) 721.8000 – Telephone
(214) 721.8100 – Fax
E-Mail: Gregory.sachnik@bclplaw.com

*Admitted Pro Hac Vice:*

W. Perry Brandt
Missouri Bar No. 28292
Jennifer L. Berhorst
Missouri Bar No. 61784
1200 Main Street, Suite 3800
Kansas City, MO  64105-2100
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
perry.brandt@bclplaw.com
jennifer.berhorst@bclplaw.com

*Attorneys for Plaintiff John Hancock Life Insurance Company (U.S.A.)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14, 2020, the foregoing was served upon all counsel of record through CM/ECF filing system.

/s/ *Jennifer L. Berhorst*
Attorney for Plaintiff