# **EXHIBIT A**

## EXHIBIT A

## Wheatley HOURS

| | |
|---|---|
| 10/4/18 Conference Richard Gabriel regarding case: | .25hr |
| 10/7/18 Review letter from Gabriel regarding representation of Wheatley Estate: | .1hr |
| 10/11/18 Review Answer and Exhibits: | .25hr |
| 10/12/18 Review file, review Answer, conference Doug Berry regarding Answer, make corrections to Answer, forward corrections to Berry and Motion Pro Hac Vice: | 1hr |
| 10.12.18 Review email from Doug Berry regarding Answer, finalize Answer/CCL/CCCL, file Answer/CCL/CCCL, serve Parties: | .75hr |
| 10.15.18 Conferences Doug Berry and Richard Gabriel regarding filing of Answer and case in general, review communications from Berry and Gabriel regarding case: | .25hr |
| 10.26.18 Review Hancock's Motion and Order to Dismiss Ward's Counter-Claim: | .25hr |
| 10/31/18 Review Hancock's Motion and Order to Dismiss Wheatley's Counter-Claim: | .25hr |
| 10/31/18 Review local Rules, conference clerk regarding Judge Ellison, conference Andrew Spaniol regarding case, conference Richard Spaniol regarding case and Motion to Dismiss, research Interpleader Motion to Dismiss: | 1hr |
| 11/2/18 Review Answer of U.S. to Wheatley's Complaint: | .1hr |
| 11/2/18 Review documents from Spaniol and forward to Gabriel: | .25hr |
| 11/2/18 Review pleadings and documents emailed from Spaniol, calendar pretrial date and discovery plan date, forward documents to Gabriel: | .25hr |
| 11/6/18 review notice of deposit and forward to Gabriel; | .1hr |
| 11/9/18 Conference Gabriel regarding Motion to Dismiss and review Motion to dismiss, forward Gabriel scanned pleadings: | .25hr |
| 11/10/18 Review Estate's Response to Motion to Dismiss, forward changes to Gabriel: | .25hr |
| 11.12.18 Review communications from Doug Berry regarding Response to Motion to Dismiss, review, file and serve Response to Dismiss and Order: | .75hr |

| | |
|---|---|
| 11.12.18 Conference Barry regarding crossclaim of Ward, conference Moore: | .25hr |
| 11.13.18 Review emails from Barry regarding Ward Cross-claim, and respond: | .25hr |
| 11.14.18 Review Notice of Interpleader deposit of $1,800.94: | .1hr |
| 11.15.18 Review Motion Pro Hoc Vice: | .1hr |
| 11.16.18 Review and forward to Doug Berry Plaintiff's Motion for Leave to file Brief, Brief and Proposed Order: | .25hr |
| 11.16.18 File and serve Motion and Order Pro Hoc Vice for Doug Barry: | .25hr |
| 11.20.18 Conference Clay Moore regarding case and stipulation to respond to cross-claim, review and respond to Doug Berry's email regarding stipulation: | .25hr |
| 11.21.18 Review and respond to emails from Berry regarding Notice of Appearance, file and serve Notice of Appearance, review and forward Stipulation on Crossclaim Answer and forward to Clay Moore:. | .25hr |
| 11.26.18 Review signed Stipulation from Clay Moore and forward to Berry: | .1hr |
| 11.27.18 Forward Stipulation to Berry, Review and respond to communication from Berry regarding Stipulation: | .25hr |
| 11/28/18 Review communication from Gabriel regarding Pro Hoc Vice: | .1hr |
| 11/29/18 Respond and review communication from Barry regarding Stipulation, file and serve Stipulation, file and serve Pro Hac vice for Gabriel: | .5hr |
| 12/4/18 Review Entry of Appearance for Richard Gabriel: | .1hr |
| 12/5/18 File and serve Entry of Appearance for Richard Gabriel: | .25hr |
| 12/12/18 Review Rule 12b and draft revisions: | 1hr |
| 12/13/18 Draft Rule 12b revisions and research 3rd party beneficiary rights in Texas: | 2.5hr |
| 12/14/18 Draft Rule 12b revisions and research 3rd party beneficiary rights in Texas, respond and review/edit response drafts from Berry: | 2.5hr |
| 12/14/18 File and serve Rule 12b Motion and Order: | .5hr |
| 1/10/19 Review communication from Finnarelli regarding filing Reply Brief: | .1hr |

1/11/19 Conferences Finnarelli regarding Motion for Leave to file Reply brief and file
Motion for Leave, and Proposed Order: .75hr

1/18/19 Review and file Motion to Strike Ward's Claim and Crossclaim,
and Proposed Order review communications for Doug Barry' office: .75hr

1/18/19 review communication from Barry regarding attorney fees and
scheduling conference: .1hr

1/21/19 Review communication from Barry, review communications fro counsel regarding
scheduling conference, conference Barry regarding scheduling conference: .5hr

1/25/19 Review Scheduling Order and communications regarding scheduling Order: .1hr

1/30/19 Review Wards Motion for Leave to file Objections to Hancock's
Motion to Dismiss: .1he

1/31/19 Review draft discovery requests to Hancock from Berry: .1hr

2/1/19 Draft Admissions and Requests for Production to Hancock, conference
Barry regarding discovery, review scheduling Order: .75hr

2/4/19 review withdrawal of pleadings by Ward, review and respond to
communication form Barry regarding withdrawal of Amended Pleadings by Ward: .25hr

2/5/19 Conference Ward's attorney regarding withdrawal of Amended Pleadings: .25hr

2/8/19 Review Wheatley's Motion to Amended Answer, etc., and Wheatley's Admissions and
Production to Hancock: .25hr

2/13/19 Review Hancock's Opposition to Wards Leave to File Objections to Hancock's
Motion to Dismiss, conference Barry regarding case: .25hr

2/13/19 Review Motion for Leave to Amend Answer of Wheatley and Proposed Order, file and
serve: .25hr

2/14/19 Review Hancock's Notice of Interpled Funds: .1hr

2/25/19 Review Ward's Motion for Leave to File Amended Answer and
Proposed Order: .25hr

2/28/19 Communicate with Berry regarding Pleading deadline: .1hr

3/5/19 Review communication from Berry regarding mediation and discovery: .1hr

| Date | Description | Time |
|---|---|---|
| 3/6/19 | Review communication from Berry regarding 12b6 hearing, research local Rules, conference Berry regarding hearing and case: | .5hr |
| 3/11/20 | Conference Clay Moore regarding settlement position of Ward and conference Barry regarding settlement: | |
| 3/12/19 | Communications Barry regarding % sought by Ward: | .1hr |
| 3/20/19 | Conference Barry regarding case, hearing and abatement: | .25 |
| 3/20/19 | Review Order from Judge dismissing counter-claims against Hancock, review communications from Barry regarding dismissal Orders and a record of the hearing, conference Court regarding hearing: | .25 |
| 3/201/19 | Review Initial Disclosure Rule and forward to Barry: | .25hr |
| 3/25/19 | Conference Barry regarding case and Judge and transcript, forward email communications to Barry: | .25hr |
| 3/27/19 | Conference Court regarding transcript, conference Barry's office regarding transcript: | .25hr |
| 3/28/19 | Conference Barry regarding transcript. Conference court reporter regarding ordering transcript: | .25 |
| 4/3/19 | Conference Doug Berry regarding call from Clay Moore regarding settlement: | .25hr |
| 4/5/19 | Conference Doug Berry regarding call from Clay Moore regarding settlement: | .25hr |
| 4/11/19 | Review notice of Interpleader, review Hancock's Rule 26 Initial Disclosures: | .5hr |
| 4/12/19 | Conference Clay Moore regarding settlement: | .25hr |
| 4/15/19 | Review file, communication to Berry regarding settlement offer from Ward's attorney: | .5hr |
| 4/16/19 | Review communication from Berry regarding offer of settlement from Ward, conference Barry regarding case: | .25hr |
| 4/22/19 | Review communication from Berry. Conference Berry regarding Initial Disclosures: | .25hr |
| 4/23/19 | Conference Clay Moore regarding Initial Disclosures, | |

| | |
|---|---|
| conference Berry regarding Initial Disclosures, conference Moore regarding expert designation: | .25hr |
| 4/30/19 Conference Doug Berry regarding settlement and discovery: | .1hr |
| 5/20/19 Review Draft Initial disclosures drafted by Berry: | .1hr |
| 5/22/19 Review file, draft Initial disclosures, conference Berry, regarding case: | 1.5hr |
| 5/28/19 Review John Hancock's Initial disclosures: | .25hr |
| 6/4/19 Review communication fro Berry regarding John Hancock's discovery answers, review John Hancocks's Production and Admission Responses, respond to Berry's communication on Hancock's discovery answers, conference Berry regarding Hancock's responses: | .5hr |
| 6/5/19 Conference Doug Berry regarding discovery responses of John Hancock: | .25hr |
| 6/5/19 review Ward's Initial Disclosures: | .25hr |
| 6/5/19 Review Notice of Hearing on Ward's Motion to Dismiss: | .1hr |
| 6/7/19 Review Notice of Interpled funds by Hancock: | .1hr |
| 6/11/19 Review communications from Berry regarding Hearing on Motion to Dismiss, conference Berry regarding Hearing: | .25hr |
| 6/12/19 Review Notice from Court regarding re-setting hearing on Motion to Dismiss Ward's claims, conference Berry regarding hearing and claims: | .25hr |
| 6/13/19 Research Hancock change of beneficiary forms: | .75hr |
| 6/17/19 Review communication to client: | .1hr |
| 6/19/19 Review draft Motion to clarify Judge Ellison's March 20, 2019 Ruling: | .25hr |
| 6/20/19 review ward's Discovery to U.S. and to Hancock: | .25hr |
| 6/20/19 Communication to Berry regarding Motion to Clarify, research revision and clarification of Orders: | .5hr |
| 6/21/19 Conference Berry regarding Motion to Clarify, review communication from Berry regarding discovery from Ward: | .25hr |

6/21/19 Review communication from Berry regarding Motion to Clarify, re-request transcript of 3/14/19 hearing: .5hr

6/24/19 Review 3/14/19 transcript, review notice of request of transcript, review and respond to communications from Berry regarding transcript: .5hr

6/25/19 Review notice of filing of transcript: .1hr

6/25/19 Review Wheatley's Interrogatories2 Set of Admissions, and 2nd Set of Production to Hancock, and First Admissions to United States: .25hr

7/19/19 Review communication from Moore to Hancock regarding discovery extension: .1hr

7/22/19 Review communications between the parties regarding phone conference on discovery and Motion to Dismiss Hearing extension, conference Berry regarding Motion and Hearing: .25hr

7/23/19 Review communications between the parties regarding phone conference: .1hr

7/24/19 Review communications between the parties regarding discovery and Motion to Dismiss Hearing extension, conference Berry regarding Motion and Hearing: .25hr

7/24/19 Review Agreed Motion and Order to reset hearing on Motion to Dismiss Hearing: .1hr

8/12/19 Review draft MSJs: .25hr

8/13/19 Conference berry regarding case and draft MSJ: .25hr

8/26/19 Review Intervention of Annie Hall, conference Berry regarding Intervention: .25hr

8/27/19 Review draft MSJ, conference Berry regarding MSJ: .25hr

8/29/19 Review communication from Berry to client regarding MSJ: .1hr

8/30/19 Conference Berry regarding Dismissing Ward's Claims and denying Leave to file: .25hr

8/30/19 Review Notice of Interpleader deposit: .1hr

8/30/119 Review Ellison's Minute Entry for Dismissal hearing, conference Berry regarding hearing: .25hr

8/30/19 Review Moore's brief on dismissal: .25hr

9/3/19 Conference Berry regarding Motion to Dismiss, review communication from

Court Dismissing Ward's Claims and denying Leave to file: .25hr

9/5/19 Review communication from Berry regarding filing of MSJ of Estate, conferences Berry regarding transcript of Hancock's MSJ: .5hr

9/6/19 Conference Berry regarding Estate's MSJ, review MSJ of Estate, file MSJ of Estate, review Judgement on Hancock's MSJ: .75hr

9/10/19 Review Interpleader fund balance from Berry: .1hr

9/10/19 review communication to client from Berry and Draft Final Judgment: .1hr

9/12/19 Review communication form Berry regarding Motion to Revise 3/14/19 Order, review communication to Moore regarding position on 3/14/19 Order: .25hr

9/12/19 Review communication from Berry regarding Motion to Revise to Hancock: .1hr

9/12/19 Conference Berry regarding case status: .1hr

9/12/19 Review Hancock's Motion for Attorney Fees, review communication from Berry and Hancock regarding attorney fee claims: .25hr

9/12/19 Review communication from Moore and Berry regarding transcript, judgement and case in general: .1 hr

9/13/19 Review communications between Berry and client regarding Motions, review communications between Berry and Hancock regarding Judgement and Motion, review communication between Berry and Moore regarding motion and Judgement: .25hr

9/13/19 Conference Berry regarding settlement offer: .25hr

9/17/19 Conference Berry regarding Motion to Revise Judgement, review Motion to Revise: .5hr

9/18/19 Review communications from Berry regarding case, Motion to Revise Judgement, file and serve Motion to Revise Judgement: .75hr

9/23/19 Review Motion and Order from Berry regarding Motion to Revise: .1hr

9/23/19 Research Revision of Judgements: 1hr

9/24/19 Conference with Doug Berry regarding Motion to Revise, file and serve Motion to Revise and Order: .5hr

9/30/19 Review Ward's Response in Opposition to Wheatley's MSJ: .25hr

9/30/19 Review attachments to Ward's Response in Opposition to Wheatley's MSJ: .25hr

9/30/19 Review Ward's Response in Opposition to USA's Motion for Judgement, Wheatley's Motion for Reconsideration and Wheatley's MSJ: .25hr

9/30/19 Review Ward's Motion for Reconsideration of the 3/14/19 Order: .25hr

9/30/19 Review communications between Moore and Bierhorst regarding Ward's Motion for Reconsideration: .25hr

10/1/19 review communication from Berry regarding Ward's Motion for Reconsideration: .1hr

10/2/19 review communication from Ward regarding Ward's Motion for Reconsideration: .1hr

10/3/19 Review Opposed MOTION for Reconsideration filed by Jeremy G Ward: .1hr

10/4 Review Wheatley's reply to Ward's Opposition to Wheatley Estate's Motion for Summary Judgement: .1hr

10/7/19 Conference Berry regarding Wheatley's reply to Ward's Opposition to Wheatley Estate's Motion for Summary Judgement, file and serve revised Wheatley's Reply to Ward's Opposition to Wheatley Estate's Motion for Summary Judgement Wheatley's reply to Ward's Opposition to Wheatley Estate's Motion for Summary Judgement, file and serve Wheatley's Reply to Ward's Opposition to Wheatley Estate's Motion for Summary Judgement: .75hr

10/8/19 Review and Calendar trial date, review draft of Wheatley, Deceased's Responses in Opposition to Plaintiff John Hancock life insurance Company's Motion for Attorney's Fees, respond to Berry's communication regarding same: .25hr

10/9/19 File transcript request for 8/30/19 Hearing, review Hancock's Response to Wheatley's Motion to Revise Order, review Defendant Jeremy G. Ward's Response to Wheatley Estate Reply to Ward's Opposition to Motion for Summary Judgment, review and reply to communication from Berry regarding filing: .75hr

10/9/19 File response in Opposition to Hancock's Motion for Attorney Fees, conference Berry regarding same: .75hr

10/9/19 Review Wards Motion/Response Brief in Opposition to Wheatley's Motion: .25hr

10.16.19 Review Hancock's MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND SUGGESTIONS IN SUPPORT .25hr

| | |
|---|---|
| 10.17.19 Review communication from Berry regarding Motion to Revise Order Granting Estate Funds, review Signed Order on Hancock's MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND SUGGESTIONS IN SUPPORT: | .25hr |
| 10.17.19 Conference Berry regarding case: | .25hr |
| 10.18.19 Review and File Wheatley's Reply to Hancock's opposition to Revise Orders: | .5hr |
| 10.22.19 Review Hancock's Reply to Ward's Motion for Reconsideration: | .25hr |
| 10.30.19 Review annuity arrears from Berry: | .1hr |
| 11.11.19 Review communication from Berry to Hancock regarding arrears: | .1hr |
| 11.13.13 Review Hancock's Response to Wheatley's Motion to Revise Order, review ORDER Granting Wheatley Relief, Review Ward' pre-trial disclosures, review communications from Berry to client regarding Order and case, review communications from Berry regarding annuity payments: | .5hr |
| 11.14.19 Conference Berry regarding case and Order: | .25hr |
| 11.15.19 review communications from Berry regarding phone conference and case: | .1hr |
| 11/19/19 Review communication from Berry regarding case, conference Berry regarding case: | .5hr |
| 11/20/10 Conference Berry regarding case and attorney fees: | .25hr |
| 11/21/19 Review communication from Court regarding trial: | .1hr |
| 11/22/10 Conference Berry and clients: | .25hr |
| 11/25/19 Review communications from and to berry regarding settlement and postponement of trial: | .5hr |
| 12/2/19 Review communication from Berry regarding trial, conference Court, regarding trial, communication with Berry regarding trial: | .5hr |
| 12/3/19 Review communication from Court regarding 12/3/19 hearing, calls to Berry regarding hearing: | .25hr |
| 12/3/19 Review communication from Berry regarding offer of settlement, conferences Berry regarding case, trial, research bad faith Texas, review file: | 2.5hr |

12/4/19 Conference Berry regarding case, review communication from Berry regarding resetting of case and damages: .25hr

12/5/19 Review communication from Court resetting trial, calendar dates: .25hr

12.15.19 Conference Berry regarding case, client damages, review communications from Berry and between client, research Treble damages, DTPA and Insurance Code: 1.75hrs

12.19.19 Review communications from Berry to Hancock regarding offer and counter-offer: .25hr

12/20/19 Review communication from Berry regarding counter-offer: .1hr

1/1/20 Review communication from Berry regarding present value and settlement: .1hr

1/2/20 Review communication from clients regarding present value and settlement: .1hr

1/3/20 Review communication from Berry regarding present value and settlement: .1hr

1/4/20 Review communication from client regarding attorney fees and settlement: .1hr

1/6/20 Review communication from Berry regarding present value and settlement: .1hr

1/6/20 Review communication from Berry regarding settlement: .1hr

1/10/20 Review communication from Berry regarding memorandum review, file and serve Memorandum in Support of Wheatley's Motion for Leave to Amend Answer, Counter and Cross claims, review Notice of Appeal by Ward, conference Berry, regarding case: .75hr

1/17/20 Review communications between client and Berry regarding offers/settlement and case in general: .25hr

1/20/20 Conference Berry regrading case in general, mediation and trial: .25

1/20/21 Review communication regarding offers: .1hr

1/22/20 Review Notice from Court regarding Appeal, review communications from Berry, Client and Hancock regarding mediation and counter-offer: .25hr

1/22/20 Review communication from Berry regarding counter-offer/mediation, conference Berry regarding case, conference Court regarding Appeal: .25hr

1/24/20 Review Discovery from Berry 3rd Request Admission to Hancock: .25hr

1/27/20 Review discovery to Hancock and deposition notice for Hancock, review communication to Hancock regarding mediation and depo: .25hr

1/30/20 Review Hancock's Response and Order to Wheatley's Motion for Leave to Amend Pleadings and Offer of Judgement, conference Berry regarding same: .25hr

1/31/20 Conference Berry regarding case and Offer of Judgement: .25hr

2/4/20 Conference Berry regarding case and Offer of Judgement: .25hr

2/7/20 Review communications from Berry regarding Appellate conference and choice of law: .25hr

2/10/20 Review Wheatley's Leave to Amend Claims and Memorandum on Choice of Law: .25hr

2/11/20 Conference Berry regarding Appeal, review mediation letters from 5th Circuit, and communication to clients regarding mediation and appeal: .25hr

2/18/20 Conference Berry regarding Appeal conference call, mediation and case in general, review communication from Berry regarding settlement/status: .25hr

Circuit, and communication to clients regarding mediation and appeal: .25hr

2/20/20 Review Notice of Transcript on Appeal Order: .1hr

2/24/20 Review communication from Berry regarding Appeal and possible dismissal of appeal: .1hr

2/25/20 Review communication form Wheatley regarding Hancock's Motion for Protective Order: .1hr

2/24/20 Review notice from CA regarding filing of Transcript: .1hr

2/25/20 Review Motion for Protective Order and communication from Berry regarding same: .25hr

2.26/20 Review communication from Berry regarding Motion to Amend Scheduling Order: .1hr

2.27.20 Review filed Motion for Protective Order filed by Hancock: .1

2.28.20 Review Hancock's Agreed Motion and Order to Extend time to Determine Choice of Law, and signed Order: .25hr

| | |
|---|---|
| 2.28.20 Review notice of Interpleader: | .1hr |
| 3.6.20 Review communication from Berry regarding Protective Order and mediation: | .1hr |
| 3.6.20 Review Motion to Modify Scheduling Order filed by Wheatley: | .1hr |
| 3.6.20 Review communications from Berry regarding scheduling conference: | .1hr |
| 3.8.20 Review communications from Berry regarding mediation: | .1hr |
| 3/10/20 Conference Berry regarding case in general: | .25hr |
| 3/11/20 Review communications from Berry regarding dismissal of Appeal and case in general: | .1 |
| 3/11/20 Review notice of interpled funds: | .1 |
| 3/12/20 Review RESPONSE in Opposition to MOTION for Protective Order: | .25 |
| 4.3.20 Review communication from Berry regarding hearing, research Ellison's Court, respond to Berry's communication: | .25hr |
| 4.6.20 Review Hancock's Response in Opposition to Wheatley's MSJ: | .25hr |
| 4.9.20 Review Notice of Interpled funds: | .1hr |
| 4/17/20 Review Notice of Filing of Transcript and Wheatley's Reply to Hancock's Response to Wheatley's Motion to Modify Scheduling Order: | .25hr |
| 4/23/20 Review Notice of Appeal to Bobby Scott Mabry and Gregory John Sachnik. Regarding record from the Court of Appeals, and Notice of Electronic record on appeal certified to the Fifth Circuit Court of Appeals: | .25hr |
| 4/30/20 Review Dismissal of Appeal: | .1hr |
| 5/4/20 Review and respond to communication from Berry regarding 5/7/20 hearing date, research hearing date at Judge Ellison's Court: | .25hr |
| 5/11/20 Review notice of Interpleader from Court: | .1hr |
| 5/12/20 Communications with Berry regarding Offer of Judgement, and conference same: | .25hr |
| 5/13/20 Review communications from Berry to Hancock and client regarding case and settlement: | .1hr |

5/15/20 Review communications from Berry regarding settlement, conference Berry regarding settlement, review Ellison's trial docket:
.25hr

5.18.20 Review communications between Berry and clients regarding trial, conference Berry regarding trial and case in general:
.25hr

5.19.20 Review inquiry from Court regarding readiness for trial, forward to Berry inquiry: .1hr

5.20.20 Review Notices of appearance of Mabry, conference Berry regarding case: .25hr

5.20.20 Review communications between Berry and Hancock regarding informing court the parties are not ready until pending Motions are decided:
.25hr

5.26.20 Review Order from Court denying Wheatley Leave to Amend, review communications from Berry regarding Ruling and case in general, conference Berry regarding case, review notice of telephonic hearing, review Granting of Pro Hac Vice Motion:
.25hr

5.28.20 Review communications from Berry regarding Judge's Rulings on Negligence, Breach of Contract and Attorney fees, conference Berry regarding same, review Granting of Pro Hac Vice Motion, review communication from client regarding case in general:
.25hr

6.2.20 Review Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 5/28/2020:
.1hr

6.3.20 Review communication from Berry regarding hearing transcripts, conference Berry regarding transcripts and Appeal:
.1hr

64.01