# **EXHIBIT C**

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/8/2020 | | Invoice=10920508 | | | conference. |
| 12/3/2019 | 10679 | Jennifer L. Berhorst | 0.2 | 82.8 | Draft correspondence to client regarding |
| 1/8/2020 | | Invoice=10920508 | | | recommendations for settlement counter-offer. |
| 12/3/2019 | 10679 | Jennifer L. Berhorst | 0.4 | 165.6 | Prepare for case status conference. |
| 1/8/2020 | | Invoice=10920508 | | | |
| 12/3/2019 | 10679 | Jennifer L. Berhorst | 1 | 414 | Research additional claims to be asserted by |
| 1/8/2020 | | Invoice=10920508 | | | Estate and evaluate potential response to |
| | | | | | settlement offer. |
| 12/3/2019 | 10679 | Jennifer L. Berhorst | 0.2 | 82.8 | Analyze settlement offer received from Wheatley |
| 1/8/2020 | | Invoice=10920508 | | | Estate. |
| 12/3/2019 | 10679 | Jennifer L. Berhorst | 0.4 | 165.6 | Appear for case status conference with Court. |
| 1/8/2020 | | Invoice=10920508 | | | |
| 12/3/2019 | 21524 | Sarah R. Holdmeyer | 2.9 | 812 | Review and assess settlement demand of the |
| 1/8/2020 | | Invoice=10920508 | | | Wheatley Estate; research validity of statutory |
| | | | | | relief asserted by the Wheatey Estate. |
| 12/3/2019 | 20974 | Gregory J. Sachnik | 0.2 | 116 | Assess settlement demand by Estate and impact |
| 1/8/2020 | | Invoice=10920508 | | | on trial setting. |
| 12/4/2019 | 21524 | Sarah R. Holdmeyer | 0.2 | 56 | Continue reviewing validity of statutory relief |
| 1/8/2020 | | Invoice=10920508 | | | asserted by the Wheatley Estate. |
| 12/6/2019 | 10679 | Jennifer L. Berhorst | 0.1 | 41.4 | Correspondence with client regarding strategy |
| 1/8/2020 | | Invoice=10920508 | | | for settlement counteroffer. |
| 12/13/2019 | 10679 | Jennifer L. Berhorst | 0.2 | 82.8 | Analyze motion for leave to amend counterclaim |
| 1/8/2020 | | Invoice=10920508 | | | and proposed counterclaim received from the |
| | | | | | Wheatley Estate. |
| 12/18/2019 | 10679 | Jennifer L. Berhorst | 0.5 | 207 | Draft correspondence to opposing counsel |
| 1/8/2020 | | Invoice=10920508 | | | enclosing settlement counter-offer. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 12/27/2019 1/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10920508 | 0.1 | 41.4 | Correspondence with opposing counsel regarding status of response to settlement offer. |
| 1/3/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.2 | 98 | Analyze settlement correspondence received from opposing counsel. |
| 1/6/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.6 | 294 | Telephone conference with opposing counsel to discuss settlement offer of Wheatley Estate.set |
| 1/6/2020 2/24/2020 | 21963 | William J. Easley Invoice=10927253 | 0.5 | 180 | Analyze case law regarding damages for consumer protection violations in Massachusetts. |
| 1/7/2020 2/24/2020 | 21963 | William J. Easley Invoice=10927253 | 1.5 | 540 | Analyze Texas case law to determine legal standard for determining choice of law. |
| 1/7/2020 2/24/2020 | 21963 | William J. Easley Invoice=10927253 | 1.1 | 396 | Draft memorandum regarding legal standard for determining choice of law. |
| 1/8/2020 2/24/2020 | 21963 | William J. Easley Invoice=10927253 | 0.9 | 324 | Analyze case law regarding damages under consumer protection statutes. |
| 1/8/2020 2/24/2020 | 21963 | William J. Easley Invoice=10927253 | 1.6 | 576 | Draft memorandum regarding damages under consumer protection statutes. |
| 1/8/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.2 | 98 | Analyze research in preparation for drafting updated settlement analysis for client. |
| 1/9/2020 2/24/2020 | 21963 | William J. Easley Invoice=10927253 | 0.8 | 288 | Draft revisions to consumer protection memorandum to incorporate research on possible damages for violations. |
| 1/10/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.4 | 196 | Analyze notice of appeal, research deadline for filing appeal and advise client accordingly. |
| 1/10/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.3 | 147 | Analyze Estate's motion for leave to add additional counterclaim. |
| 1/10/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.8 | 392 | Draft correspondence to client outlining advise for settlement resolution. |
| 1/13/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.1 | 49 | Analyze notice of appeal filed by J. Ward. |
| 1/15/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.1 | 49 | Correspondence with counsel for Wheatley estate regarding potential mediation. |
| 1/23/2020 2/24/2020 | 20974 | Gregory J. Sachnik Invoice=10927253 | 0.2 | 119.6 | Review multiple submissions by opposing counsel for transcripts for appeal. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/27/2020 2/24/2020 | 20974 | Gregory J. Sachnik Invoice=10927253 | 0.2 | 119.6 | Review written discovery sent to John Hancock. |
| 1/27/2020 2/24/2020 | 21524 | Sarah R. Holdmeyer Invoice=10927253 | 6.4 | 2,246.40 | Begin drafting opposition to the Wheatley Estate's motion for leave to amend counterclaims. |
| 1/27/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.2 | 98 | Correspondence with opposing counsel regarding request for mediation. |
| 1/27/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.5 | 245 | Analyze additional written discovery requests received from opposing counsel including 30(b)(6) deposition topics. |
| 1/27/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.1 | 49 | Correspondence with client regarding settlement and newly issued discovery. |
| 1/27/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.4 | 196 | Strategize regarding response to motion for leave to amend. |
| 1/28/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.3 | 147 | Revise opposition to motion for leave to amend. |
| 1/28/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.7 | 343 | Strategize regarding filing of offer of judgment and other settlement strategies. |
| 1/28/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.2 | 98 | Correspondence with client regarding offer of judgment. |
| 1/28/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.5 | 245 | Telephone conference with client to discuss case status and strategy. |
| 1/28/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.2 | 98 | Direct work on preparation of motion for protective order. |
| 1/28/2020 2/24/2020 | 10679 | Jennifer L. Berhorst Invoice=10927253 | 0.3 | 147 | Prepare for telephone conference with client regarding newly issued discovery and settlement. |
| 1/28/2020 2/24/2020 | 21524 | Sarah R. Holdmeyer Invoice=10927253 | 0.5 | 175.5 | Review various state statutes regarding remedies in preparation of drafting offer of judgment. |
| 1/28/2020 2/24/2020 | 21524 | Sarah R. Holdmeyer Invoice=10927253 | 1.5 | 526.5 | Discuss and develop strategy in regards to motion for leave to amend, settlement, mediation, and additional discovery requests; review discovery requests to develop strategy for motion for protective order. |
| 1/28/2020 2/24/2020 | 21524 | Sarah R. Holdmeyer Invoice=10927253 | 1.8 | 631.8 | Continue drafting opposition to motion for leave to amend; draft offer of judgment. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/29/2020 2/24/2020 | 21524 | Sarah R. Holdmeyer Invoice=10927253 | 0.3 | 105.3 | Draft proposed order denying the Wheatley Estate's motion for leave to amend counterclaims. |
| 1/30/2020 2/24/2020 | 21524 | Sarah R. Holdmeyer Invoice=10927253 | 0.4 | 140.4 | Finalize opposition to motion for leave; finalize offer of judgment. |
| 1/30/2020 2/24/2020 | 20974 | Gregory J. Sachnik Invoice=10927253 | 0.2 | 119.6 | Review opposition to motion to amend, agreed order and offer of judgment for compliance with local rules. |
| 1/30/2020 2/24/2020 | 11546 | Guadalupe Rojas-Wiederaenders Invoice=10927253 | 1 | 211.5 | Finalize revisions to proposed order, response and offer of judgment; preparation of documents for filing; file all documents; retrieve conformed copies and district to all counsel. |
| 1/31/2020 2/24/2020 | 20974 | Gregory J. Sachnik Invoice=10927253 | 0.1 | 59.8 | Review communication from opposing counsel regarding application of MA law. |
| 2/3/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.1 | 49 | Analyze various pleadings filed with court of appeals. |
| 2/4/2020 3/9/2020 | 20974 | Gregory J. Sachnik Invoice=10933747 | 0.2 | 119.6 | Review appearance form for 5th Circuit. |
| 2/4/2020 3/9/2020 | 11546 | Guadalupe Rojas-Wiederaenders Invoice=10933747 | 0.9 | 190.35 | Draft Entry of Appearance for G. Sachnik; finalize appearance; finalize preparation of documents for submission to court; file, download and upload conformed copy to i-Manage. |
| 2/5/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.3 | 147 | Strategize regarding arguments to include in motion for summary judgment. |
| 2/6/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.2 | 98 | Analyze correspondence received from court of appeals regarding mediation program. |
| 2/6/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.1 | 49 | Draft correspondence to client regarding potential for mediation through appeal. |
| 2/6/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.1 | 49 | Correspondence with appeal's court clerk regarding mediation. |
| 2/6/2020 3/9/2020 | 20974 | Gregory J. Sachnik Invoice=10933747 | 0.2 | 119.6 | Assess information regarding circuit required mediation and communication from mediator. |
| 2/6/2020 3/9/2020 | 21524 | Sarah R. Holdmeyer Invoice=10933747 | 0.4 | 140.4 | Review discovery requests to develop objection to discovery. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 2/7/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.2 | 98 | Correspondence with counsel for the Wheatley Estate regarding participation in mediation and status of choice of law issues. |
| 2/9/2020 3/9/2020 | 21524 | Sarah R. Holdmeyer Invoice=10933747 | 0.3 | 105.3 | Continue drafting motion for protective order from discovery and deposition. |
| 2/10/2020 3/9/2020 | 20974 | Gregory J. Sachnik Invoice=10933747 | 0.3 | 179.4 | Assess reply brief and motion on choice of law issues submitted by the Estate. |
| 2/10/2020 3/9/2020 | 21524 | Sarah R. Holdmeyer Invoice=10933747 | 1.7 | 596.7 | Continue drafting protective order. |
| 2/10/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.2 | 98 | Analyze reply in support of motion for leave to amend to add additional counterclaims. |
| 2/12/2020 3/9/2020 | 21524 | Sarah R. Holdmeyer Invoice=10933747 | 1.7 | 596.7 | Continue drafting motion for protective order. |
| 2/14/2020 3/9/2020 | 20974 | Gregory J. Sachnik Invoice=10933747 | 0.1 | 59.8 | Assess need for additional excerpts from transcript for appeal. |
| 2/14/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 1.1 | 539 | Revise motion for protective order regarding third discovery requests and corporate deposition notice. |
| 2/15/2020 3/9/2020 | 21524 | Sarah R. Holdmeyer Invoice=10933747 | 0.8 | 280.8 | Continue drafting motion for protective order. |
| 2/17/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.5 | 245 | Revise motion for protective order. |
| 2/18/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.2 | 98 | Correspondence with client regarding details of conference with 5th circuit court of appeals mediator. |
| 2/18/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.5 | 245 | Telephone conference with 5th Circuit Court of Appeals mediator to discuss potential for mediation and status of appeal. |
| 2/20/2020 3/9/2020 | 20974 | Gregory J. Sachnik Invoice=10933747 | 0.2 | 119.6 | Assess summary of appellate mediation and additional transcript orders impacting appeal. |
| 2/21/2020 3/9/2020 | 10679 | Jennifer L. Berhorst Invoice=10933747 | 0.1 | 49 | Correspondence with client regarding approval of motion for protective order. |
| 2/24/2020 3/9/2020 | 11546 | Guadalupe Rojas-Wiederaenders Invoice=10933747 | 0.5 | 105.75 | Receipt and review of ECF notices, download documents, send to docketing if necessary and distribute. |
| 2/25/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 0.8 | 169.2 | Receipt and review of filing for case; |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/9/2020 | | Invoice=10933747 | | | preparation of documents for filing. |
| 2/25/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with opposing counsel to meet and confer regarding motion for protective order. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/25/2020 | 20974 | Gregory J. Sachnik | 0.3 | 179.4 | Review and revise motion for protective order including need for certificate of conference. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/25/2020 | 21524 | Sarah R. Holdmeyer | 0.3 | 105.3 | Continue drafting motion for protective order. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/26/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with opposing counsel to request extension on deadline to response to motion for choice of law. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/26/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Meet and confer with opposing counsel regarding consent to motion for protective order in accordance with local rules. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/27/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Revise order on motion for protective order. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/27/2020 | 10679 | Jennifer L. Berhorst | 0.2 | 98 | Revise motion for extension of time to respond to motion on choice of law determination. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/27/2020 | 20974 | Gregory J. Sachnik | 0.3 | 179.4 | Revise certificate of conference and draft order for motion for protective order. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/27/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 1.2 | 253.8 | Draft motion for extension of time to respond to motion for determination of choice of law and proposed order. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/27/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 1.1 | 232.65 | Revise motion for protective order; draft proposed order; preparation of documents for filing; file documents. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 2/28/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 0.8 | 169.2 | Finalize revisions to motion and order for extension; finalize preparation of documents for submission to court; file with Court and forward conformed copy to J. Berhorst. |
| 3/9/2020 | | Invoice=10933747 | | | |
| 3/3/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Draft correspondence to client requesting position on Estate's request for extension of deadlines and approval to being preparation of summary judgment papers. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/4/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with client regarding status of mediation. |
| 4/13/2020 | | Invoice=10942062 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/5/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.1 | 49 | Correspondence with opposing counsel regarding request for extension of scheduling order deadlines. |
| 3/6/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.2 | 98 | Analyze motion to revise scheduling order. |
| 3/6/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 1.3 | 421.2 | Draft correspondence to J. L. Berhorst regarding the possibility of submitting an offer of settlement and capping damages under Massachusetts law. |
| 3/6/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 1.2 | 388.8 | Draft correspondence to J. L. Berhorst regarding risk of maximum loss if Texas versus Massachusetts case law were applied. |
| 3/6/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 1.4 | 453.6 | Analyze Massachusetts case law to determine risk of loss if Massachusetts law was applied to this case. |
| 3/6/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 1.2 | 388.8 | Analyze case law regarding consumer protection statutes in Texas to prepare response to motion to designate case law. |
| 3/6/2020<br>4/13/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10942062 | 0.3 | 105.3 | Develop strategy in regards to response to motion for application of Massachusetts law. |
| 3/7/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 1.1 | 356.4 | Revise choice of law memorandum to discuss whether the Massachusetts demand requirement prior to a consumer protection suit will be applied in Texas federal court. |
| 3/9/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 0.2 | 64.8 | Outline opposition to motion to designate choice of law. |
| 3/9/2020<br>4/13/2020 | 11546 | Guadalupe Rojas-Wiederaenders<br>Invoice=10942062 | 0.3 | 60 | Receipt and review of ECF notices, download documents, send to docketing if necessary and distribute. |
| 3/10/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.4 | 196 | Telephone conference with fifth circuit mediator to discuss mediation opportunities. |
| 3/11/2020<br>4/13/2020 | 21963 | William J. Easley<br>Invoice=10942062 | 1.8 | 583.2 | Draft response to motion to designate massachusetts law. |
| 3/12/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.2 | 98 | Analyze Wheatley Estate's opposition to motion for protective order. |
| 3/12/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.3 | 147 | Revise opposition to motion for choice of law determination. |
| 3/13/2020 | 21524 | Sarah R. Holdmeyer | 0.2 | 70.2 | Continue drafting proposed order on the |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 4/13/2020 | | Invoice=10942062 | | | Wheatley Estate's motion regarding choice of law. |
| 3/13/2020 | 20974 | Gregory J. Sachnik | 0.2 | 119.6 | Examine response to motion on choice of law and proposed order for compliance with local rules. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/13/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 0.9 | 180 | Draft, revise and finalize proposed order denying plaintiff's motion for choice of law; preparation for filing and file with Court. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/14/2020 | 21524 | Sarah R. Holdmeyer | 0.8 | 280.8 | Begin reviewing opposition to motion for protective order filed by the Wheatley Estate in preparation of drafting reply. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/16/2020 | 21524 | Sarah R. Holdmeyer | 1.1 | 386.1 | Begin drafting reply in support of motion for protective order. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/17/2020 | 21524 | Sarah R. Holdmeyer | 1.3 | 456.3 | Continue drafting reply in support of motion for protective order. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/17/2020 | 20974 | Gregory J. Sachnik | 0.1 | 59.8 | Review communication from court of appeals regarding transcripts. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/17/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 0.2 | 40 | Retrieve appeal documents, distribute to counsel and send to docketing. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 21524 | Sarah R. Holdmeyer | 1.8 | 631.8 | Continue drafting reply in support of motion for protective order. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 20974 | Gregory J. Sachnik | 0.2 | 119.6 | Revise reply in support of motion to quash. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 10679 | Jennifer L. Berhorst | 0.3 | 147 | Analyze motion for leave to amend scheduling order. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 10679 | Jennifer L. Berhorst | 0.5 | 245 | Analyze motion for partial summary judgment filed by Wheatley Estate. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with client regarding case status. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 10679 | Jennifer L. Berhorst | 0.5 | 245 | Revise reply in support of motion for protective order. |
| 4/13/2020 | | Invoice=10942062 | | | |
| 3/18/2020 | 10679 | Jennifer L. Berhorst | 0.6 | 294 | Strategize regarding response to motion for partial summary judgment. |
| 4/13/2020 | | Invoice=10942062 | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/23/2020<br>4/13/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10942062 | 2.6 | 912.6 | Draft opposition to motion to amend scheduling order. |
| 3/24/2020<br>4/13/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10942062 | 0.2 | 70.2 | Review proposed order on opposition to motion for leave to amend scheduling order. |
| 3/24/2020<br>4/13/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10942062 | 0.2 | 119.6 | Revise opposition to motion to amend scheduling order for compliance with local rules. |
| 3/24/2020<br>4/13/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10942062 | 0.1 | 59.8 | Revised proposed order denying motion to amend scheduling order. |
| 3/24/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.2 | 98 | Revise opposition to motion to extend scheduling order deadlines. |
| 3/24/2020<br>4/13/2020 | 11546 | Guadalupe Rojas-Wiederaenders<br>Invoice=10942062 | 0.5 | 100 | Draft proposed order denying defendant's motion to modify scheduling order. |
| 3/25/2020<br>4/13/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10942062 | 0.2 | 70.2 | Final review of proposed order denying motion to amend scheduling order. |
| 3/26/2020<br>4/13/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10942062 | 0.1 | 59.8 | Finalize opposition to motion to amend scheduling order for compliance with local rules. |
| 3/26/2020<br>4/13/2020 | 11546 | Guadalupe Rojas-Wiederaenders<br>Invoice=10942062 | 0.9 | 180 | Finalize response and proposed order (.3); finalize preparation of documents for submission to court (.3); file with Court (.3). |
| 3/30/2020<br>4/13/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10942062 | 0.2 | 119.6 | Review plaintiff's reply brief in support of motion to amend scheduling order. |
| 3/30/2020<br>4/13/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10942062 | 4.5 | 1,579.50 | Review partial summary judgment motion filed by the Wheatley Estate and develop strategy for response; research in preparation of response; begin drafting response. |
| 3/30/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 0.2 | 98 | Strategize regarding opposition to motion for summary judgment. |
| 3/31/2020<br>4/13/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10942062 | 1.2 | 588 | Revise opposition to motion for summary judgment. |
| 3/31/2020<br>4/13/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10942062 | 2.5 | 877.5 | Continue drafting response to motion for summary judgment; review multiple emails with counsel for the Wheatley Estate to attach as |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| | | | | | exhibits to the response. |
| 4/1/2020  5/8/2020 | 21524 | Sarah R. Holdmeyer  Invoice=10948406 | 0.5 | 175.5 | Continue drafting response to motion for summary judgment and draft affidavit in support of response. |
| 4/2/2020  5/8/2020 | 21524 | Sarah R. Holdmeyer  Invoice=10948406 | 0.2 | 70.2 | Continue drafting declaration of Jennifer Berhorst in support of opposition to motion for summary judgment and prepare exhibits to same. |
| 4/2/2020  5/8/2020 | 20974 | Gregory J. Sachnik  Invoice=10948406 | 0.3 | 179.4 | Assess response to Estate's motion for summary judgment with attached declaration and exhibits for compliance with local rules. |
| 4/2/2020  5/8/2020 | 10679 | Jennifer L. Berhorst  Invoice=10948406 | 0.1 | 49 | Analyze documents filed in appeal by J. Ward. |
| 4/2/2020  5/8/2020 | 10679 | Jennifer L. Berhorst  Invoice=10948406 | 0.4 | 196 | Revise affidavit in support of opposition to motion for summary judgment. |
| 4/3/2020  5/8/2020 | 10679 | Jennifer L. Berhorst  Invoice=10948406 | 0.1 | 49 | Correspondence with client regarding status of review of motion for summary judgment. |
| 4/3/2020  5/8/2020 | 20974 | Gregory J. Sachnik  Invoice=10948406 | 0.4 | 239.2 | Review court and local rules in preparation for submission of response on formal submission date for the motion. |
| 4/3/2020  5/8/2020 | 21524 | Sarah R. Holdmeyer  Invoice=10948406 | 0.2 | 70.2 | Review proposed order denying motion for summary judgment. |
| 4/3/2020  5/8/2020 | 11546 | Guadalupe Rojas-Wiederaenders  Invoice=10948406 | 1.5 | 317.25 | Finalize opposition and proposed order and file documents with Court. |
| 4/6/2020  5/8/2020 | 11546 | Guadalupe Rojas-Wiederaenders  Invoice=10948406 | 0.7 | 148.05 | File response in opposition to motion for partial summary judgment with exhibits and forward same to counsel. |
| 4/6/2020  5/8/2020 | 20974 | Gregory J. Sachnik  Invoice=10948406 | 0.1 | 59.8 | Finalize response brief for submission. |
| 4/21/2020  5/8/2020 | 10679 | Jennifer L. Berhorst  Invoice=10948406 | 0.2 | 98 | Strategize regarding potential postponement of trial date. |
| 4/23/2020  5/8/2020 | 10679 | Jennifer L. Berhorst  Invoice=10948406 | 0.1 | 49 | Analyze order setting briefing schedule. |
| 4/23/2020  5/8/2020 | 10679 | Jennifer L. Berhorst  Invoice=10948406 | 0.1 | 49 | Correspondence with opposing parties regarding status of dismissal of appeal. |
| 4/23/2020  5/8/2020 | 20974 | Gregory J. Sachnik  Invoice=10948406 | 0.1 | 59.8 | Review multiple minute orders and entries by 5th Circuit Court of Appeals. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 4/23/2020<br>5/8/2020 | 11546 | Guadalupe Rojas-Wiederaenders<br>Invoice=10948406 | 0.3 | 60 | Receipt and review of ECF notices and distribution of same. |
| 4/24/2020<br>5/8/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10948406 | 0.2 | 119.6 | Communicate with opposing counsel regarding non-opposition to motion to dismiss appeal without prejudice. |
| 4/24/2020<br>5/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10948406 | 0.1 | 49 | Conference with counsel for J. Ward regarding dismissal of 5th Circuit appeal. |
| 4/24/2020<br>5/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10948406 | 0.1 | 49 | Analyze motion to dismiss appeal filed by J. Ward. |
| 4/24/2020<br>5/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10948406 | 0.2 | 98 | Correspondence with client regarding status of appeal, pending motions and trial date. |
| 4/27/2020<br>5/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10948406 | 0.1 | 49 | Correspondence with counsel for J. Ward regarding amended motion to dismiss appeal. |
| 4/27/2020<br>5/8/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10948406 | 0.2 | 119.6 | Communicate with opposing counsel regarding amended motion to dismiss. |
| 4/28/2020<br>5/8/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10948406 | 0.2 | 119.6 | Review multiple amendments to motion to dismiss. |
| 4/28/2020<br>5/8/2020 | 11546 | Guadalupe Rojas-Wiederaenders<br>Invoice=10948406 | 0.5 | 100 | Receipt and review of new ECF notices and distribute same. |
| 4/29/2020<br>5/8/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10948406 | 0.1 | 59.8 | Review order dismissing appeal without prejudice and denying alternative relief of stay. |
| ████████ | ████████ | ████████ | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | ████████ | ████████ |
| 5/12/2020<br>6/8/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10955566 | 1 | 351 | Review various pending motions and develop to determine settlement and/or trial strategy. |
| 5/12/2020<br>6/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10955566 | 0.2 | 98 | Correspondence with client regarding current litigation status and prospects for settlement. |
| 5/13/2020<br>6/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10955566 | 0.5 | 245 | Correspondence with opposing counsel to discuss case status and settlement. |
| 5/13/2020<br>6/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10955566 | 0.4 | 196 | Strategize regarding potential tactics to achieve final resolution with J. Ward. |
| 5/13/2020 | 10679 | Jennifer L. Berhorst | 0.3 | 147 | Telephone conference with client to discuss |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/8/2020 | | Invoice=10955566 | | | settlement strategy. |
| 5/13/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with local counsel regarding |
| 6/8/2020 | | Invoice=10955566 | | | status of Texas federal trials. |
| 5/13/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Draft email correspondence to opposing counsel |
| 6/8/2020 | | Invoice=10955566 | | | confirming settlement offer. |
| 5/13/2020 | 20974 | Gregory J. Sachnik | 0.2 | 119.6 | Strategize regarding trial setting including |
| 6/8/2020 | | Invoice=10955566 | | | review of local court advisories regarding |
| | | | | | COVID issues. |
| 5/18/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Analyze correspondence from opposing counsel |
| 6/8/2020 | | Invoice=10955566 | | | regarding decline of settlement offer. |
| 5/18/2020 | 10679 | Jennifer L. Berhorst | 0.3 | 147 | Draft correspondence to client advising on |
| 6/8/2020 | | Invoice=10955566 | | | strategy for resolution of damages issues. |
| 5/20/2020 | 10679 | Jennifer L. Berhorst | 0.2 | 98 | Draft correspondence to court clerk in response |
| 6/8/2020 | | Invoice=10955566 | | | to inquiry regarding trial. |
| 5/20/2020 | 10679 | Jennifer L. Berhorst | 0.2 | 98 | Telephone conference with client to discuss |
| 6/8/2020 | | Invoice=10955566 | | | litigation strategy. |
| 5/20/2020 | 10679 | Jennifer L. Berhorst | 0.2 | 98 | Telephone conference with counsel for Whealtey |
| 6/8/2020 | | Invoice=10955566 | | | Estate to discuss response to court inquiry. |
| 5/21/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with client to provide update on |
| 6/8/2020 | | Invoice=10955566 | | | communication with court. |
| 5/26/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with client regarding order |
| 6/8/2020 | | Invoice=10955566 | | | denying addition of counterclaim. |
| 5/26/2020 | 10679 | Jennifer L. Berhorst | 0.3 | 147 | Correspondence with client regarding strategy |
| 6/8/2020 | | Invoice=10955566 | | | for summary judgment hearing. |
| 5/26/2020 | 10679 | Jennifer L. Berhorst | 0.3 | 147 | Analyze Court's order denying motion for leave |
| 6/8/2020 | | Invoice=10955566 | | | to add counterclaims. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 5/26/2020 6/8/2020 | 20974 | Gregory J. Sachnik Invoice=10955566 | 0.1 | 59.8 | Review court order denying Wheatly's motions to amend and reopen discovery. |
| 5/26/2020 6/8/2020 | 21524 | Sarah R. Holdmeyer Invoice=10955566 | 0.3 | 105.3 | Review order denying several of the Estate's motions. |
| 5/26/2020 6/8/2020 | 9483 | Ann Woeppel Invoice=10955566 | 0.2 | 47.6 | Prepare motion for pro hac admission for W. P. Brandt. |
| 5/27/2020 6/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10955566 | 3.3 | 1,617.00 | Prepare for hearing on the Wheatley Estate's motion for summary judgment including review of all relevant pleadings and preparation of outline. |
| 5/27/2020 6/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10955566 | 0.1 | 49 | Correspondence with opposing counsel regarding settlement. |
| 5/27/2020 6/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10955566 | 0.2 | 98 | Correspond with client regarding approval of settlement strategy. |
| 5/27/2020 6/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10955566 | 0.4 | 196 | Strategize regarding renewed settlement efforts. |
| 5/28/2020 6/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10955566 | 1 | 490 | Prepare for and attend hearing on motion for partial summary judgment and correspond with client regarding the same. |
| 5/29/2020 6/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10955566 | 0.2 | 98 | Analyze settlement offer received from opposing counsel and correspond with client regarding the same. |
| 6/2/2020 7/8/2020 | 10679 | Jennifer L. Berhorst Invoice=10962054 | 0.1 | 49 | Analyze minute entry entered by Court regarding decision on motion for partial summary judgment. |
| 6/3/2020 7/8/2020 | 20974 | Gregory J. Sachnik Invoice=10962054 | 0.1 | 59.8 | Review order on motion for summary judgment. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/4/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.4 | 196 | Telephone conference with client to discuss response to settlement offer. |
| 6/5/2020<br>7/8/2020 | 20974 | Gregory J. Sachnik<br>Invoice=10962054 | 0.1 | 59.8 | Review minute order canceling bench trial. |
| 6/10/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.1 | 49 | Correspondence with counsel for the Wetly Estate regarding status of provision of attorney bills to analyze settlement offer. |
| 6/18/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.1 | 49 | Correspondence with opposing counsel regarding extension of time to serve attorneys' fee motion. |
| 6/19/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.1 | 49 | Correspondence with counsel for J. Ward regarding potential settlement of claims. |
| 6/19/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.2 | 98 | Analyze memorandum filed by J. Ward regarding finalization of attorneys' fee award prior to appeal. |
| 6/22/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.4 | 196 | Telephone conference with counsel for J. Ward regarding settlement prospects. |
| 6/23/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.1 | 49 | Correspondence with opposing counsel regarding revision to minute entry related to dismissal of counterclaims. |
| 6/24/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.2 | 98 | Telephone conference with counsel for the Wheatly Estate to discuss modification of minute entry related to partial summary judgment. |
| 6/25/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.2 | 98 | Analyze Wheatly Estate's motion for reconsideration of Court's May 28, 2019 minute entry to determine whether to consent to motion. |
| 6/25/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.2 | 98 | Draft correspondence to client regarding attorney's fee motion and advise regarding response. |
| 6/25/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 2 | 980 | Calculate reduced attorneys' fee sum through detailed analysis of billing statements. |
| 6/25/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.4 | 196 | Strategize regarding potential responses to motion. |
| 6/25/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.5 | 245 | Analyze motion for attorneys fees and supporting materials filed by the Wheatly Estate. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 6/29/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.1 | 49 | Follow up with client regarding opposition to motion to revise order. |
| 6/30/2020<br>7/8/2020 | 10679 | Jennifer L. Berhorst<br>Invoice=10962054 | 0.5 | 245 | Direct work on preparation of response to Wheatly's attorney's fees motion. |
| 6/30/2020<br>7/8/2020 | 21524 | Sarah R. Holdmeyer<br>Invoice=10962054 | 0.5 | 175.5 | Review the Wheatly Estate's motion for attorney fees and develop strategy for responding to same. |
| 7/1/2020 | 21524 | Sarah R. Holdmeyer | 5.3 | 1,860.30 | Review cases cited in the Wheatley Estate's brief in support of its request for attorneys' fees (.8); additional research in preparation of drafting opposition to the Wheatley Estate's brief (1.2); begin drafting opposition to the Wheatley Estate's brief (2.9); prepare table of contents and appendix for opposition (.4). |
| 7/2/2020 | 10679 | Jennifer L. Berhorst | 0.6 | 294 | Revise opposition to Wheatley Estate's motion for attorneys fees. |
| 7/3/2020 | 20974 | Gregory J. Sachnik | 0.1 | 59.8 | Strategize for finalizing materials to be submitted to court. |
| 7/6/2020 | 20974 | Gregory J. Sachnik | 0.6 | 358.8 | Review response to Wheatley's claim for fees including revisions to draft order and finalize for submission to court. |
| 7/6/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Analyze notice of hearing received from court. |
| 7/6/2020 | 10679 | Jennifer L. Berhorst | 0.1 | 49 | Correspondence with client regarding final approval of opposition to Wheatley Estate's motion for attorney fees. |
| 7/6/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 1.8 | 360 | Finalize revisions to opposition; finalize appendix and exhibits; draft and finalize order; preparation of documents for submission to court; communication with attorneys forwarding conformed copy. |
| 7/7/2020 | 20974 | Gregory J. Sachnik | 0.2 | 119.6 | Review hearing transcript. |
| 7/9/2020 | 10679 | Jennifer L. Berhorst | 2.5 | 1,225.00 | Prepare for hearing on competing motions for attorneys' fees. |
| 7/9/2020 | 10679 | Jennifer L. Berhorst | 0.5 | 245 | Argue motion for attorneys fees at hearing. |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|
| 7/9/2020 | 10679 | Jennifer L. Berhorst | 1.4 | 686 | Create factual timeline of relevant claims documentation in support of opposition to motion for reconsideration of dismissal of counterclaims. |
| 7/10/2020 | 10679 | Jennifer L. Berhorst | 0.6 | 294 | Begin drafting opposing to motion for reconsideration. |
| 7/10/2020 | 21524 | Sarah R. Holdmeyer | 0.2 | 70.2 | Develop strategy to opposing motion for reconsideration. |
| 7/13/2020 | 21524 | Sarah R. Holdmeyer | 3.7 | 1,298.70 | Research availability of attorneys' fee award for fees incurred for proceedings beyond initial interpleader action (1.2); continue drafting opposition to motion to revise order (1.8); prepare exhibits for opposition to motion to review order (.5); review proposed order denying motion to revise order (.2). |
| 7/13/2020 | 20974 | Gregory J. Sachnik | 0.3 | 179.4 | Review opposition to motion to modify and exhibits to ensure compliance with local rules. |
| 7/13/2020 | 10679 | Jennifer L. Berhorst | 0.5 | 245 | Begin drafting supplemental affidavit in support of motion for attorneys' fees. |
| 7/13/2020 | 10679 | Jennifer L. Berhorst | 3.5 | 1,715.00 | Complete draft of opposition to motion for reconsideration of dismissal of statutory attorneys' fees claim. |
| 7/13/2020 | 11546 | Guadalupe Rojas-Wiederaenders | 1.8 | 360 | Draft, revise and finalize proposed order regarding opposition to motion for revised order; preparation of exhibits; finalize revisions to order and opposition; finalize preparation of documents for submission to court. |
| **Total Fees Invoiced from 9/1/2019 to 7/13/2020:** | | | | 78206.95 | |
| **Write-Off By Client:** | | | | 15,000.00 | |
| **Total Fee Request from 9/1/2019 to 7/13/2020:** | | | | **63,206.95** | |