# EXHIBIT A

**From:** Eiser, Larry (CIV)
**To:** jennifer.berhorst@txclplaw.com
**Subject:** FW: New Case: John Hancock Life Insurance Company vs. The Estate of Jennifer Lauren Wheatley; Case No. 4:18-cv-02869
**Date:** Wednesday, August 29, 2018 1:05:00 PM
**Attachments:** Stipulation_19870922.PDF
Annuity_19880202.PDF
image002.png

Jennifer,

Good speaking with you today. Attached are our copies of the settlement stipulation and annuity contract.

If you find a copy of the Court's original order of approval of the settlement, please provide.

I expect to be in touch soon regarding how the U.S. may proceed.

s/
Lawrence Eiser
Senior Trial Counsel
United States Department of Justice
Civil Division, Torts Branch
Federal Tort Claims Act Section
3CON, Room 11-1310
175 N Street, N.E.
Washington, DC 20002
202-616-4260
202-616-5200 (fax)
E-Mail: Larry.Eiser@USDOJ.Gov



## WARNING:
## LIMITED OFFICIAL USE ONLY
## CONTAINS ATTORNEY-CLIENT AND/OR
## WORK PRODUCT PRIVILEGED INFORMATION

The information contained in this message, and any and all accompanying documents, constitutes sensitive information protected by the attorney-client privilege and/or the work product privilege and is intended only for the addressee(s). The information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosure, copying, distribution or the taking of any action in reliance on this information is strictly prohibited. If you receive this message in error, please notify the sender immediately at the above number.