| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

John Hancock Life Insurance Company (U.S.A.)
   *Plaintiff(s),*

v.

The Estate of Jennifer Lauren Wheatley c/o Louis A. Wheatley, et al.
   *Defendant(s).*

Case No. 4:18−cv−02869

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Status Conference**

DATE: **9/28/2021**

TIME: **02:00 PM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238. ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN−PERSON HEARING, PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                         Date: September 7, 2021

By Deputy Clerk, A. Rivera